UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | NO. 1:17CR151 |
| | § | |
| MOHAMMED IBRAHIM AHMED | § | JUDGE MARCIA CRONE |

**UNOPPOSED MOTION TO WITHDRAW**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF TEXAS:

Comes now, John D. McElroy, Attorney of record for MOHAMMED IBRAHIM AHMED, and files this Unopposed Motion to Withdraw as appointed counsel for the Defendant and would show as follows:

**I.**
**PROCEDURAL HISTORY**

The Defendant was charged by a Federal Grand Jury for the Eastern District of Texas in a four-count Indictment on December 6, 2017. Count 1 of the Indictment charged Defendant with a violation of Title 18 U.S.C. §2339B(a)(1), attempt to provide material or resources to designated terrorist. Counts 2 through 4 of the Indictment charged Defendant with a violation of Title 18 U.S.C. § 1001, false statements involving terrorism.

On December 14, 2017, the Defendant appeared before the Honorable Magistrate Judge Keith Giblin for an arraignment in connection with this charge. After the hearing, the Defendant remained in the custody of the United States Marshals Office pending trial.

This case is currently set on the trial docket for March 19, 2018.

**II.**
**CONFLICT OF INTEREST IN CASE**

Since the appointment of counsel in this case, Counsel for the Defendant has determined

that continued representation of Mr. Ahmed would be improper because there appears to be an actual conflict of interest. Undersigned counsel believes that continued representation of the Defendant may give the appearance of impropriety and continued representation would violate the disciplinary rules of the State Bar of Texas. (See D.R. 1.06(b)(1) and (2)-- prohibiting representation where conflict exists).

### III.
### GOVERNMENT DOES NOT OPPOSE WITHDRAWAL

Counsel has spoken with Chris Tortorice, the Assistant United States Attorney, and he does not oppose this motion.

### IV.
### PRAYER

Wherefore, premises considered, Counsel for Defendant would request that he be allowed to withdraw as attorney of record and that new counsel be appointed.

    Respectfully Submitted

    /s/ John D. McElroy
    JOHN D. MCELROY
    STATE BAR NO. 13584075
    ASSISTANT FEDERAL DEFENDER
    FEDERAL DEFENDER'S OFFICE
    350 MAGNOLIA, STE 117
    BEAUMONT, TX 77701
    409/839-2608
    409/839-2610 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to **Chris Tortorice**, Assistant U.S. Attorney, presently assigned to this case, via electronic filing system, on this the 13th day of February, 2018.

/s/ John D. McElroy
JOHN D. MCELROY

## CERTIFICATE OF CONFERENCE

Counsel for Defendant spoke with Assistant United States Attorney, **Chris Tortorice** regarding this motion, and he is unopposed to this Motion.

/s/ John D. McElroy
JOHN D. MCELROY