| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:17-CR-151 |
| | § | |
| MOHAMMED IBRAHIM AHMED | § | |

## MEMORANDUM & ORDER

Counsel for Defendant Mohammed Ibrahim Ahmed ("Defendant") is ordered to file a response to the Government's Motion in Limine (#49).

Counsel for Defendant is further ordered to file a reply to the Government's response to Defendant's Motion for Discovery and Inspection of Evidence (#55) identifying any specific discovery requests that Defendant claims are still outstanding.

The Government is ordered to file a response to Defendant's Motion for Identification of and Equal Access to Government Informant or Witness for Interview (#56).

All such documents shall be filed on or before Monday, July 22, 2019.

SIGNED at Beaumont, Texas, this 8th day of July, 2019.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE