IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATE OF AMERICA          CR. NO. 1:17-CR-151
    Plaintiff

V.                               MOTION FOR SUBPOENA
                                 OF WITNESS
Mohamed Ahmed
    Defendant

Defendant, Mohamed Ahmed, files this Motion for Subpoena of witness.

Mohamed Ahmed, Moves the court for an order to subpoena the following name.

1- George Anthony Gutierres (FCI Elkton Ohio)
2- Jenifer S Dent (LG) FBI
3- ~~Tacy~~ SA Tacy Masington / Houston Division / BMT RA
4- OST Ian Wharton / Houston Division

I told my do-nothing Lawyer to subpoena those name for long time but they didn't do nothing.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests this court ~~issue~~ issue an order granting subpoena for the trial date.

                    Respectfully Submitted,
                    *Mohamed*
                    Mohamed Ahmed

DATE: 11/22/2019

Mohamed Ibrahim Ahmed
#91506-054
1001 Pearl St, Suite 101
Beaumont, Texas 77701

CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 26 2019
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

MARCIA A CRONE
UNITED STATE DISTRICT JUDGE
EASTERN DISTRICT
United State Courthouse
300 Willow Street
Texas 77701