| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:17-CR-151 |
| | § | |
| MOHAMED IBRAHIM AHMED | § | |

## MEMORANDUM AND ORDER

Pending before the court are the Government's Motion in Limine (#116), wherein the Government seeks the admission of certain entries from the Federal Register which contain the State Department's designation of the Islamic State of Iraq and al-Sham and the Islamic State in Iraq and Syria ("ISIS") as a foreign terrorist organization, and Request for Judicial Notice (#115), wherein the Government requests that the court take judicial notice that ISIS is a designated foreign terrorist organization. The court ordered (#125) that Defendant Mohamed Ibrahim Ahmed's ("Ahmed") response to these motions was due November 26, 2019. Ahmed failed to file a timely response.

Notwithstanding Ahmed's failure to file a response, entries in the Federal Register are self-authenticating, public records exempted from the rule against hearsay. *See* FED. R. EVID. 803(8); 901(b)(7); *Tomlin v. Beto*, 377 F.2d 276, 277 (5th Cir. 1967) ("Official records are a well recognized exception to the hearsay rule."). Further, federal law mandates that "[t]he contents of the Federal Register *shall* be judicially noticed . . . ." 44 U.S.C. § 1507 (emphasis added). Accordingly, the Government's Motion in Limine (#116) and Request for Judicial Notice (#115) are granted.

SIGNED at Beaumont, Texas, this 27th day of November, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE