IN THE UNITED STATE DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
BEAUMON DIVISON

UNITED STATE OF AMERICA
    Plaintiff

CR. NO. 1:17-CR-151

V.

EXHIBIT List

Mohamed Ahmed
    Defendant

Distinghished Judge Honorable Marcia Crone

|  | WITNESS |
|---|---|
| 1 A | Fbi agant email interview |
| 1 B | Fbi agant email debriefings of Talha |
| 1 C | Fbi agant email notes |
| 2 | Swedish ambassador visit |
| 3 | My credit card |
| 4 | Letter From George Gutierrez |
| 5 | My release day |
| 6 | Pictur and id |
| 7 A | Pictur in Abuja |
| 7 B | Pictur in Abuja |
| 7 C | Pictur in Abuja |
| 8 | Pictur Face |
| 9 | Pictur in airplane |
| 10 | Pictur Left side |
| 11 | Pictur right side |
| 12 | Fbi interview with Gutierrez 7/21/2015 |
| 13 | Responding to the Government |
| 14 | Change Lawyer |

| | |
|---|---|
| 15 | Respond to under oath |
| 16 | phone call transcript F |
| 17 | Phone call transcript M |
| 18 | Pictur face and head |
| 19 | Transcription recoding by Ci |
| 20 | photograph of chair in prison |
| 21 | International Prisoner transfer |
| 22 | Pictur 456 |
| 23 | Pictur in Abuja |
| 24 | Fbi interview with Gutierrez 9/18/2017 |

11/22/19

Mohamed Ahmed

page 2-of 2     EXHIBIT LIST