# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### Beaumont Division
### THE HONORABLE JUDGE MARCIA A. CRONE

| | | | |
|---|---|---|---|
| DATE: | Monday, December 2, 2019 | CASE NUMBER: | 1:17CR151-1 |
| LOCATION: | Beaumont - Courtroom 3 | CASE NAME: | USA v, Ahmed |
| CR DEPUTY: | Julia Colyer | | |
| COURT REPORTER: | Chris Bickham | DEFENDANT: | Mohamed Ibrahim Ahmed |
| INTERPRETER: | Ranja Hijazeen & Ghada Atieh | COUNSEL: | Geri Montalvo |
| CALLED: | 9:26 AM | | David Adler |
| ADJOURNED: | 10:14 AM | AUSA: | Christopher Tortorice |
| TOTAL MINUTES: | 48 Minutes | AUSA: | |

## FINAL PRETRIAL CONFERENCE

*This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:*

✔ Final Pretrial Conference held  ✔ Defendant appears in custody
✔ Court remands the defendant into the custody of the US Marshals

Defendant:   … enters a guilty plea   … is granted a continuance   ✔ proceeds to trial

ADDITIONAL PROCEEDINGS:

| | |
|---|---|
| 9:26 AM | Court calls the case. AUSA Christopher Tortorice announces his appearance for the government. Counsel Alicia Cook and Katie Sweeten also announced their appearance for the government. |
| 9:28 AM | The interpreters are sworn. The Court addresses the defendant. |
| 9:31 AM | The defendant addresses the Court. |
| 9:46 AM | The Court announces the range of punishment. |
| 9:50 AM | The defendant provides a copy of a proposed exhibit to the Court. |
| 10:02 AM | The parties discuss the government's motion to quash the subpoena as to Jennifer Dent (doc #140). The Court grants the motion. |
| 10:10 AM | The government puts the last informal plea agreement on the record. |
| 10:14 AM | Court adjourns. |