# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### Beaumont Division
### THE HONORABLE JUDGE MARCIA A. CRONE

| | | | |
|---|---|---|---|
| DATE: | Monday, December 2, 2019 | CASE NUMBER: | 1:17CR151-1 |
| LOCATION: | Beaumont – Courtroom 3 | CASE NAME: | USA v. Ahmed |
| COURTROOM DEPUTY: | Julia Colyer | | |
| COURT REPORTER: | Chris Bickham | DEFENDANT: | **MOHAMED IBRAHIM AHMED** |
| INTERPRETER: | Ranja Hijazeen & Ghada Atich | COUNSEL: | Pro Se |
| CALLED: | 10:50 AM | | Co-counsel: Geri Montalvo & David Adler |
| ADJOURNED: | 5:35 PM | AUSA: | Christopher Tortorice |
| DURATION: | 4 Hours 58 Minutes | DOJ: | Alicia Cook & Katie Sweeten |

### VOIR DIRE, JURY SELECTION & JURY TRIAL DAY 1

*This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:*

- ✔ Jury panel sworn
- ✔ Jury sworn
- Evidence presented:
  - Government's
  - Defendant's
- … Parties conclude all evidence
- … Court provides jury with Jury Instructions/Court Charge
- … Jury begins deliberations
- … Jury reaches a verdict:
- … Trial ends

- ✔ Voir dire begins
- ✔ Jury trial begins
- ✔ Government
- … Exhibit List
- … Exhibit List
- … Parties present final arguments
- … Jury continues deliberations
- ✔ Court remands defendant into the custody of the US Marshals

- ✔ Court impanels jury
- ✔ Counsel invokes the rule
- … Defendant
- … Witness List
- … Witness List
- … Jury submits jury note(s)

ADDITIONAL PROCEEDINGS:

| | |
|---|---|
| 10:50 AM | Court is called. The defendant submits voir dire questions and the interpreter reads the English translations. |
| 11:00 AM | The jury panel enters the courtroom. |
| 11:05 AM | The Court addresses the jury panel. |
| 11:08 AM | The jury panelists introduce themselves to the Court and the parties. |
| 11:15 AM | The Court asks the jury panelists questions and they respond. |
| 11:38 AM | AUSA Tortorice introduces himself to the jury panelists. The defendant introduces himself to the jury panelists and begins to present the case. The Court verbally admonishes the defendant. |
| 11:40 AM | The Court reviews the list of witnesses for potential conflicts. |
| 11:50 AM | The Court continues to question the jury panelists, and they respond. |
| 12:46 PM | The Court dismisses the jury panel for lunch. Proceedings continue outside the presence of the jury panel. The defendant discusses daily transcripts for the trial. |
| 12:55 PM | Court adjourns. (1 hour 47 minutes) |
| 2:23 PM | Court resumes. The Court continues to question the jury panelists and they respond. |
| 3:17 PM | AUSA Christopher Tortorice begins questioning the jury panel. |
| 3:22 PM | The defendant begins questioning the defendant. |
| 3:27 PM | The Court calls a bench conference. |

✔ Additional proceedings on next page

1:17CR151-1 USA v. Ahmed ✦ MOHAMED IBRAHIM AHMED ✦ Voir Dire, Jury Selection & Jury Trial Day 1 ✦ Page 2

| | |
|---|---|
| 3:29 PM | The Court excuses the jury for a 20-minute recess. Court proceedings continue. |
| 3:34 PM | AUSA Tortorice motions to strike jurors 11, 12, and 13 for cause. The defendant has no objections. |
| 3:36 PM | Defendant motions that 61 be stricken for cause. The government has no objection. The juror is not stricken. |
| 3:37 PM | Defendant makes a motion to strike juror 58. But the defendant could not articulate a reason. |
| 3:42 PM | Juror 8 is stricken on the motion of the defendant. |
| 3:44 PM | The Court strikes juror 1 with no objections. The Court strikes juror 7 with no objections. The Court strikes juror 30 with no objections. The parties discuss jurors 17, 35, and 57 regarding hearing issues. |
| 3:49 | The Court strikes juror 23 with no objections. |
| 3:50 PM | The Court strikes juror 39 with no objections from either party. |
| 3:55 PM | The parties complete their strike lists. |
| 4:34 PM | The jury panel returns to the courtroom. |
| 4:50 PM | The Court empanels the jury and the remaining jury panelists are excused. The jury is sworn. |
| 4:53 PM | The Court gives the jury their instructions. |
| 5:02 PM | AUSA Tortorice reads the First Superseding Indictment. |
| 5:09 PM | The defendant announces that he is not guilty of all counts. |
| 5:15 PM | The Court addresses the parties. |
| 5:20 PM | Court adjourns. |