## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Beaumont Division
THE HONORABLE JUDGE MARCIA A. CRONE

| | | | |
|---|---|---|---|
| DATE: | Wednesday, December 4, 2019 | CASE NUMBER: | 1:17CR151-1 |
| LOCATION: | Beaumont – Courtroom 3 | CASE NAME: | USA v. Ahmed |
| COURTROOM DEPUTY: | Julia Colyer | | |
| COURT REPORTER: | Chris Bickham | DEFENDANT: | **MOHAMED IBRAHIM AHMED** |
| INTERPRETER: | Ranja Hijazeen & Ghada Atiech | COUNSEL: | *Pro Se* |
| CALLED: | 9:20 AM | | Advising Counsel: Geri Montalvo |
| ADJOURNED: | 6:15 PM | AUSA: | Christopher Tortorice |
| DURATION: | 7 Hours 33 Minute | DOJ: | Alicia Cook & Katie Sweeten |

### JURY TRIAL DAY 3

*This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:*

Evidence presented:    ✔ Government        … Defendant
    Government's        … Exhibit List        … Witness List
    Defendant's         … Exhibit List        … Witness List
… Parties conclude all evidence    … Parties present final arguments
… Court provides jury with Jury Instructions/Court Charge
… Jury begins deliberations    … Jury continues deliberations    … Jury submits jury note(s)
… Jury reaches a verdict:
… Trial ends    ✔ Court remands defendant into the custody of the US Marshals

ADDITIONAL PROCEEDINGS:

| | |
|---|---|
| 9:20 AM | Court is called. AUSA Christopher Tortorice is present on behalf of the government. Counsel Alicia Cook and Counsel Katie Sweeten are also present on behalf of the government. The defendant is present and in the custody of the US Marshals. Counsel Geri Montalvo is also present. |
| 9:21 AM | Juror 3 addresses the Court outside the presence of the juror |
| 9:23 AM | Juror 3 is excused. |
| 9:24 AM | The Court admonishes the defendant regarding his behavior in court. |
| 9:27 AM | Counsel Alicia Cook addresses the Court. |
| 9:30 AM | Witness Corey Shannon returns to the stand. The government continues to play exhibit 24. |
| 10:05 AM | Witness Corey Shannon is not excused. Due to timing issues, the government will call another witness. The defendant will have an opportunity to cross examine witness Corey Shannon later. The jury is dismissed for a break. |
| 10:20 AM | The jury returns to the courtroom. Counsel Alicia Cook calls witness Magnus Ranstorp. He is sworn, and Counsel Cook begins direct examination of the witness. |
| 10:29 AM | Counsel Cook motions to admit government's exhibit 40. The defendant objects to the irrelevancy of the question. Counsel Cook responds. The Court overrules the objection. Government's exhibit 40 is admitted. |
| 10:55 AM | The defendant objects based on the irrelevancy of the question. The Court overrules the objection. |
| 11:15 AM | The defendant begins cross examination of the witness. |
| 11:20 AM | Court excuses the jury for a brief break. |
| 11:29 AM | The jury returns to the courtroom. |
| 11:33 AM | The defendant begins cross examination of witness Tommy Thomas. |

✔ Additional proceedings on next page

| 1:17CR151-1 | USA v. Ahmed ✦ MOHAMED IBRAHIM AHMED ✦ Jury Trial Day 3 ✦ Page 2 |
|---|---|
| 11:34 AM | AUSA Tortorice objects to the defendant's question regarding impeachment of the witness. The Court instructs Counsel Montalvo to advise the defendant. |
| 11:47 AM | Defendant objects that witness is non-responsive, then questions the witness again. AUSA Tortorice objects that question was asked and answered. The Court sustains the objection. |
| 11:50 AM | The defendant objects that the witness is non-responsive. |
| 11:55 AM | AUSA Tortorice objects that the defendant's question is beyond the scope. The Court sustains the objection. |
| 11:56 AM | AUSA Tortorice objects again that the defendant's question is beyond the scope. The Court sustains the objection. |
| 12:01 PM | AUSA objects that the defendant's question was asked and answered. The Court sustains the objection. |
| 12:02 PM | AUSA Tortorice objects that the defendant is testifying. The Court sustains the objection. |
| 12:03 PM | AUSA Tortorice objects that the defendant is testifying. The objection is sustained. |
| 12:14 PM | AUSA Tortorice objects that the defendant is testifying. The Court sustains the objection. |
| 12:20 PM | AUSA Tortorice objects that the defendant is testifying. The Court sustains the objection. |
| 12:23 PM | The defendant objects, and the Court overrules the objection. |
| 12:28 PM | AUSA Tortorice objects that the question was asked and answered. The Court sustains the objection. |
| 12:30 PM | AUSA Tortorice objects that the question was asked and answered. The Court overrules the objection. |
| 12:56 PM | AUSA Tortorice objects that the defendant is testifying. The Court sustains the objection. |
| 1:00 PM | AUSA Tortorice objects that the question calls for conclusion. The Court sustains the objection. |
| 1:03 PM | AUSA Tortorice objects that the question was asked and answered. The Court sustains the objection. |
| 1:04 PM | The Court releases the jury for lunch. |
| 1:05 PM | Court adjourns for lunch. (1 hour 22 minutes) |
| 2:27 PM | Court resumes. The jury and witness are present. The defendant continues to cross examine the witness. |
| 2:32 PM | AUSA Tortorice objects that the question calls for conclusion. The Court sustains the objection. |
| 3:14 PM | AUSA Tortorice objects that the question is irrelevant. The Court sustains the objection. |
| 3:15 PM | AUSA Tortorice objects that the question is irrelevant. The Court sustains the objection. |
| 3:26 PM | AUSA Tortorice objects that the question is beyond the scope. The Court sustains the objection. |
| 3:38 PM | AUSA Tortorice objects that the question is beyond the scope. The Court sustains the objection. |
| 3:42 PM | AUSA Tortorice objects that the defendant is testifying. The Court sustains the objection. |
| 3:45 PM | AUSA Tortorice objects that the defendant's instruction to the witness is not appropriate. The Court sustains the objection. |
| 3:54 PM | The witness is excused with no objections from either party. |
| 3:55 PM | The jury is dismissed for a break. |
| 4:16 PM | The jury returns to the courtroom. AUSA Tortorice calls witness Mark Skinner. He is worn, and AUSA Tortorice begins direct examination of the witness. |
| 4:25 PM | The defendant begins cross examination of the witness. |
| 4:29 PM | ASUA Tortorice objects that the question is beyond the scope. The Court sustains the objection. AUSA Tortorice objects again that the question is beyond the scope. The Court sustains the objection. |
| 4:30 PM | ASUA Tortorice objects that the question is beyond the scope. The Court sustains the objection. AUSA Tortorice objects to the question as irrelevant. The Court overrules the objection. |
| 4:32 PM | AUSA Tortorice objects that the defendant is testifying. The Court sustains the objection. |
| 4:37 PM | AUSA Tortorice objects that the defendant is testifying. The Court sustains the objection. AUSA Tortorice objects again that the defendant is testifying. The Court sustains the objection. The Court admonishes the defendant. |
| 4:43 PM | AUSA Tortorice begins redirect examination of the witness. |
| 4:45 PM | The defendant begins recross examination of the defendant. AUSA Tortorice objects that the question is outside the scope of the redirect examination. |
| 4:46 PM | AUSA Tortorice objects that the question was asked and answered. The Court sustains the objection. |

✔ Additional proceedings on next page

1:17CR151-1   USA v. Ahmed   ✦   MOHAMED IBRAHIM AHMED   ✦   Jury Trial Day 3   ✦   Page 3

| Time | Event |
|---|---|
| 4:50 PM | Counsel Cook calls witness Maged Sidaros. He is sworn and Counsel Cook begins direct examination of the witness. |
| 4:51 PM | The witness identifies the defendant. |
| 4:52 PM | The government moves to admit government's exhibits 4 and 5. The defendant objects based on relevancy. The Court overrules the objection. Government's exhibits 4 and 5 are admitted. |
| 5:00 PM | The defendant begins cross examination of the witness. |
| 5:08 PM | Counsel Cook objects that the question is beyond the scope. The Court sustains the objection. |
| 5:09 PM | Counsel Cook objects that the question is beyond the scope. The Court overrules the objection. |
| 5:13 PM | Counsel Cook objects that defendant is testifying. The Court sustains the objection. |
| 5:16 PM | Counsel Cook objects that the question was asked and answered. The Court overrules the objection. |
| 5:21 PM | Counsel Cook objects that the question is beyond the scope. The Court sustains the objection. Counsel Cook objects that the defendant is testifying. The Court sustains the objection. |
| 5:28 PM | Counsel Cook objects that the question calls for conclusion. The Court sustains the objection. |
| 5:29 PM | Counsel Cook objects that the question is unclear. The Court sustains the objection. |
| 5:31 PM | Counsel Cook objects that the question is irrelevant and hearsay. The Court sustains the objections. |
| 5:32 PM | The witness is excused with no objections. |
| 5:33 PM | Counsel Cook moves to admit government's exhibit 17. The Court takes judicial notice of the items in the Federal Registry. The Court admits government's exhibit 17. |
| 5:38 PM | The Court admits government's exhibit 37 and all of its parts (A-F). |
| 5:46 PM | The jury is dismissed for the day. The Court addresses the government, and they respond. |
| 5:48 PM | Counsel Montalvo addresses the Court. |
| 5:50 PM | Counsel Cook addresses the Court. |
| 5:56 PM | The Court addresses the parties. |
| 6:15 PM | Court adjourns. |