# United States District Court

## EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA                                   EXHIBIT LIST

    VS.

MOHAMED IBRAHIM AHMED                                 CASE NUMBER: 1:17-CR-151

| PRESIDING JUDGE Honorable Marcia Crone | USA'S ATTORNEY Chris Tortorice, Alicia Cook and Stephanie Sweeten | DEFENDANT'S ATTORNEY Gerardo Montalvo and David Adler |
|---|---|---|
| TRIAL DATE(S) December 2, 2019 | COURT REPORTER Chris Bickham | COURTROOM DEPUTY Julia Colyer |

| USA NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | | | | | War Manual Translation |
| 2 | | | | | Photographs of recreation yard – Bureau of Prisons, FCI Beaumont – Medium pgs 1-9 |
| 3 | | | | | Video of recreation yard – Bureau of Prisons, FCI Beaumont – Medium |
| 4 | | | | | Certified judgment and conviction, |
| 5 | | | | | Certified plea colloquy |
| 6 | | | | | Swedish passport (photos of 6A) |
| 6A | | | | | Physical Swedish passport |
| 7 | | | | | Arabic manual |
| 8 | | | | | Note with phone numbers and names (Johnson) |
| 9 | | | | | Note with bank locations (Johnson) |
| 10 | | | | | Note with names (Victoria) |
| 11 | | | | | Note with phone number (Victoria) |
| 12A | | | | | Inmate detail report |
| 12B | | | | | Inmate Center report |
| 12C | | | | | Translation Details Detail report |
| 13A | | | | | BOP call recording on 6/17/15 |
| 13B | | | | | Transcript of 13A |
| 14A | | | | | BOP call recording on 3/5/17 |
| 14B | | | | | Transcript of 14A |
| 15A | | | | | BOP call recording on 9/6/17 |
| 15B | | | | | Transcript of 15A |
| 16A | | | | | BOP call recording on 12/7/17 |
| 16B | | | | | Transcript of 16A |
| 17 | | | | | 71 FR 74998 - 99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18A | | | | | | Photo of Apartment Building |
| 18B | | | | | | Intentionally left blank |
| 18C | | | | | | Intentionally left blank |
| 18D | | | | | | Photo of Centrum 3 |
| 18E | | | | | | Photo of Jungfruns gata |
| 18F | | | | | | Photo of Apartment |
| 18G | | | | | | Photo of Apartment |
| 18H | | | | | | Intentionally left blank |
| 18I | | | | | | Intentionally left blank |
| 18J | | | | | | Intentionally left blank |
| 19 | | | | | | Photo of individual #1 under seal |
| 20 | | | | | | Photo of individual #2 under seal |
| 21 | | | | | | Photo of Mohamed Ahmed |
| 22 | | | | | | Photo of Mohamed Ahmed |
| 23 | | | | | | Recording of phone call between CHS and other individual |
| 24A | | | | | | Corey Shannon Recordings 3710.003 |
| 24B | | | | | | Corey Shannon Recordings 3735.008 |
| 24C | | | | | | Corey Shannon Recordings 3734.005 |
| 24D | | | | | | Corey Shannon Recordings 3226.010 |
| 24E | | | | | | Corey Shannon Recordings 3226.022 |
| 24F | | | | | | Corey Shannon Recordings 3226.029 |
| 24G | | | | | | Corey Shannon Recordings 3710.005 |
| 24H | | | | | | Corey Shannon Recordings 3710.010 |
| 24I | | | | | | Corey Shannon Recordings 3735.009 |
| 25A | | | | | | Corey Shannon Recordings transcripts 3710.003 |
| 25B | | | | | | Corey Shannon Recordings  transcripts 3735.008 |
| 25C | | | | | | Corey Shannon Recordings transcripts 3734.005 |
| 25D | | | | | | Corey Shannon Recordings transcripts 3226.010 |
| 25E | | | | | | Corey Shannon Recordings transcripts 3226.022 |
| 25F | | | | | | Corey Shannon Recordings transcripts 3226.029 |
| 25G | | | | | | Corey Shannon Recordings transcripts 3710.005 |
| 25H | | | | | | Corey Shannon Recordings transcripts3710.010 |
| 25I | | | | | | Corey Shannon Recordings transcripts 3735.009 |
| 26A | | | | | | Audio interview of Mohamed Ahmed Part 1 |
| 26B | | | | | | Audio interview of Mohamed Ahmed Part 2 |
| 27A | | | | | | Transcript of interview of Mohamed Ahmed Part 1 |
| 27B | | | | | | Transcript of interview of Mohamed Ahmed Part 2 |
| 28 | | | | | | Kano handwritten statement |
| 29 | | | | | | Abuja handwritten statement |
| 30 | | | | | | Examples of comparison |
| 31 | | | | | | Notebook |

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | | | | | | Map of Europe and Middle East |
| 33 | | | | | | Translated exercise booklet |
| 34 | | | | | | Dr. Yeager Powerpoint |
| 35 | | | | | | Subscriber phone record |
| 35A | | | | | | Translation of subscriber phone record |
| 36 | | | | | | Foreign criminal history records |
| 36A | | | | | | Translation of foreign criminal history records |
| 37A | | | | | | 69 FR 61292 |
| 37B | | | | | | 69 FR 75587 |
| 37C | | | | | | 77 FR 4082 |
| 37D | | | | | | 79 FR 27972 |
| 37E | | | | | | Intentionally left blank |
| 37F | | | | | | 80 FR 58805 |
| 38 | | | | | | Photo of Mohammed Lyousfi |
| 39 | | | | | | Photo of Farid Lamrabet |
| 40 | | | | | | Dr. Ranstorp Powerpoint |
| 41 | | | | | | Vidino Powerpoint #1 |
| 42 | | | | | | Vidino Powerpoint #2 |
| | | | | | | |