## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### Beaumont Division
### THE HONORABLE JUDGE MARCIA A. CRONE

| | | | |
|---|---|---|---|
| DATE: | Friday, December 6, 2019 | CASE NUMBER: | 1:17CR151-1 |
| LOCATION: | Beaumont – Courtroom 3 | CASE NAME: | USA v. Ahmed |
| COURTROOM DEPUTY: | Julia Colyer | | |
| COURT REPORTER: | Chris Bickham | DEFENDANT: | **MOHAMED IBRAHIM AHMED** |
| INTERPRETER: | Ranja Hijazeen & Ghada Atiech | COUNSEL: | *Pro Se* |
| CALLED: | 9:17 AM | | Advising Counsel: Geri Montalvo |
| ADJOURNED: | 5:59 PM | AUSA: | Christopher Tortorice |
| DURATION: | **7 Hours 22 Minute** | DOJ: | Alicia Cook & Katie Sweeten |

### JURY TRIAL DAY 5

*This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:*

Evidence presented: ✔ Government … Defendant
    Government's … Exhibit List … Witness List
    Defendant's … Exhibit List … Witness List
… Parties conclude all evidence … Parties present final arguments
… Court provides jury with Jury Instructions/Court Charge
… Jury begins deliberations … Jury continues deliberations … Jury submits jury note(s)
… Jury reaches a verdict:
… Trial ends ✔ Court remands defendant into the custody of the US Marshals

ADDITIONAL PROCEEDINGS:

| | |
|---|---|
| 9:17 AM | Court is called. AUSA Christopher Tortorice is present on behalf of the government. Counsel Alicia Cook and Counsel Katie Sweeten are also present on behalf of the government. The defendant is present and in the custody of the US Marshals. Counsel Geri Montalvo is also present. |
| 9:18 AM | The government requests to call a witness out of order. There is no objection. |
| 9:24 AM | The jury enters the courtroom and Counsel Cook resumes direct examination of the witness. |
| 9:25 AM | Counsel Cook offers government's exhibit 18H and 18I. The defendant objects that the exhibits are irrelevant. The Court overrules the objection. The defendant continues to argue the objection, and the Court instructs him to cease his argument. Government's exhibits 18H and 18I are admitted. |
| 9:39 AM | Counsel Cook moves to admit government's exhibit 38. The defendant objects based on relevancy. The Court overrules the objection, and government's exhibit 38 is admitted. Counsel Cook moves to admit government's exhibit 39. The defendant objects based on relevancy. The Court overrules the objection, and government's exhibit 39 is admitted. |
| 10:04 AM | Counsel Cook moves to admit government's exhibits 21 and 22. The defendant objects based on relevancy. The Court overrules the objection, and government's exhibits 21 and 22 is admitted. |
| 10:07 AM | The jury is excused for a brief break. |
| 10:26 AM | The jury returns to the courtroom. Counsel Cook calls witness Serge Miroff. He is sworn, and Counsel Cook begins direct examination of the witness. |

✔ Additional proceedings on next page

| Time | Event |
|---|---|
| 10:31 AM | Counsel Cook moves to admit government's exhibit 35. The defendant objects based on relevancy. The Court overrules the objection, and government's exhibit 35 is admitted. Counsel Cook moves to admit government's exhibit 36. The defendant objects based on relevancy. The Court overrules the objection, and government's exhibit 36 is admitted. |
| 10:34 AM | Counsel Cook moves to admit government's exhibit 35A. The defendant objects based on relevancy. The Court overrules the objection, and government's exhibit 35A is admitted. Counsel Cook moves to admit government's exhibit 36A. The defendant objects based on relevancy. The Court overrules the objection, and government's exhibit 36A is admitted. |
| 10:41 AM | The defendant declines cross examination of the witness. The witness is excused with no objection. |
| 10:45 AM | Witness "Person A" returns to the witness stand, and the defendant begins cross examination. |
| 11:00 AM | Counsel Cook objects that the defendant is testifying. The Court sustains the objection. |
| 11:07 AM | Counsel Cook objects that the question was asked and answered. The Court sustains the objection. |
| 11:21 AM | Counsel Cook objects that the question is beyond the scope. The Court sustains the objection. |
| 11:23 AM | Counsel Cook objects that the question is beyond the scope. The Court sustains the objection. |
| 11:24 AM | Counsel Cook objects that the question is irrelevant. The Court overrules the objections. Counsel Cook objects that the question is beyond the scope. The Court overrules the objection. |
| 11:26 AM | Counsel Cook objects that the question is beyond the scope. The Court overrules the objection. |
| 11:33 AM | The Court excuses the jury for a brief break. |
| 11:46 AM | The jury returns and the defendant resumes cross examination. |
| 11:51 AM | Counsel Cook objects that the question is irrelevant. The objection is sustained. |
| 11:52 AM | Counsel Cook objects that the question is irrelevant. The objection is sustained. |
| 11:56 AM | Counsel Cook objects that the defendant is testifying. The Court sustains the objection. |
| 12:06 PM | Counsel Cook objects that the question is unclear. The Court sustains the objection. Counsel Cook objects that the question is again unclear. The Court sustains the objection. |
| 12:08 PM | Counsel Cook objects that the question is irrelevant. The Court sustains the objection. The witness is excused with no objections. |
| 12:10 PM | Counsel Cook calls witness Jeff McIntosh. He is sworn, and Counsel Cooks begins direct examination of the witness. |
| 12:18 PM | The defendant begins cross examination. |
| 12:25 PM | Counsel Cook objects that the question calls for conclusion. The Court sustains the objection. |
| 12:26 PM | Counsel Cook objects that the question is beyond the scope. The Court sustains the objection. |
| 12:27 PM | Counsel Cook objects that the defendant is testifying. The Court sustains the objection. |
| 12:28 PM | Counsel Cook objects that the question is beyond the scope. The Court sustains the objection. |
| 12:32 PM | The witness is excused. The jury is dismissed for lunch. (1 hour 30 minutes) |
| 2:02 PM | The jury returns and Counsel Cook calls witness Lorenzo Vindino. He is sworn and Counsel Cook begins direct examination of the witness. |
| 2:17 PM | Counsel Cook moves to admit government's exhibit 32. The defendant has no objection. Government's exhibit 32 is admitted. |
| 3:01 PM | The defendant objects to publishing government's exhibit 24. The Court overrules the objection. |
| 3:09 PM | The defendant objects to publishing government's exhibit 1. The Court overrules the objection. |
| 3:48 PM | The jury is excused for a break. |
| 4:12 PM | The jury returns and the defendant begins cross examination of the witness. |
| 4:18 PM | Counsel Cook objects that the question is leading. The Court sustains the objection. |
| 4:34 PM | Counsel Cook objects that the question was asked and answered. The Court sustains the objection. |
| 4:37 PM | Counsel Cook objects that the defendant is testifying. The Court sustains the objection. |
| 4:39 PM | Counsel Cook objects that the question calls for speculation. The Court sustains the objection. |

✔ Additional proceedings on next page

1:17CR151-1  USA v. Ahmed  ✦  MOHAMED IBRAHIM AHMED  ✦  Jury Trial Day 5  ✦  Page 3

| Time | Event |
|---|---|
| 4:43 PM | Counsel Cook objects that the question calls for speculation. The Court sustains the objection. |
| 4:44 PM | Counsel Cook objects that the question is irrelevant. The Court overrules the objection but asks the defendant to narrow the scope of his question. |
| 4:53 PM | Counsel Cook objects that the question was asked and answered. The objection is sustained. |
| 4:55 PM | Counsel Cook objects that the question was asked and answered. The Court sustains the objection. |
| 4:56 PM | Counsel Cook objects that the question calls for speculation. The Court sustains the objection. |
| 4:59 PM | Counsel Cook objects that the question is irrelevant. The Court overrules the objection. |
| 5:00 PM | AUSA Tortorice calls witness Chindo Gangas. He is sworn, and AUSA Tortorice begins direct examination of the witness. |
| 5:05 PM | The witness identifies the defendant. |
| 5:13 PM | AUSA Tortorice offers government's exhibit 28. The defendant objects and claims the sample was written under duress. The Court will allow government's exhibit 28 to be admitted with limited purpose. It is not allowed to be published and not allowed to be provided to the jury. |
| 5:21 PM | AUSA Tortorice offers government's exhibit 29. The defendant objects and claims the samples were written under duress. The Court will allow government's exhibits 29 to be admitted with limited purpose. It is not allowed to be published and not allowed to be provided to the jury. |
| 5:38 PM | AUSA Tortorice objects that the question is irrelevant. The Court sustains the objection. |
| 5:39 PM | AUSA Tortorice objects that the question is irrelevant. The Court sustains the objection. |
| 5:40 PM | AUSA Tortorice objects that the question is irrelevant. The Court sustains the objection. |
| 5:46 PM | AUSA Tortorice objects that the question is beyond the scope. The Court sustains the objection. AUSA Tortorice objects again that the question is beyond the scope. The Court sustains the objection. |
| 5:49 PM | AUSA Tortorice objects again that the question is beyond the scope. The Court sustains the objection. |
| 5:50 PM | The witness is excused with no objections. The Court dismisses the jury until Monday. Proceedings continue outside the jury's presence. |
| 5:59 PM | Court adjourns. |