# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Beaumont Division
THE HONORABLE JUDGE MARCIA A. CRONE

| | | | |
|---|---|---|---|
| DATE: | Wednesday, December 11, 2019 | CASE NUMBER: | 1:17CR151-1 |
| LOCATION: | Beaumont – Courtroom 3 | CASE NAME: | USA v. Ahmed |
| COURTROOM DEPUTY: | Julia Colyer | | |
| COURT REPORTER: | Chris Bickham | DEFENDANT: | MOHAMED IBRAHIM AHMED |
| INTERPRETER: | Ranja Hijazeen & Ghada Atiech | COUNSEL: | *Pro Se* |
| CALLED: | 9:00 AM | | Advising Counsel: Geri Montalvo |
| ADJOURNED: | 6:00 PM | AUSA: | Christopher Tortorice |
| DURATION: | 7 Hours 45 Minute | DOJ: | Alicia Cook & Katie Sweeten |

## JURY TRIAL DAY 8

*This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:*

Evidence presented:   … Government   … Defendant
   Government's   … Exhibit List   … Witness List
   Defendant's   … Exhibit List   … Witness List
… Parties conclude all evidence   … Parties present final arguments
… Court provides jury with Jury Instructions/Court Charge
… Jury begins deliberations   ✔ Jury continues deliberations   ✔ Jury submits jury note(s)
… Jury reaches a verdict:
… Trial ends   ✔ Court remands defendant into the custody of the US Marshals

ADDITIONAL PROCEEDINGS:
9:00 AM   The jury returns and continues deliberations.
10:04 AM   Court receives jury note 3.
10:21 AM   Court is called. AUSA Christopher Tortorice is present on behalf of the government. Counsel Alicia Cook and Counsel Katie Sweeten are also present on behalf of the government. The defendant is present and in the custody of the US Marshals. Counsel Geri Montalvo is also present.
10:23 AM   The parties discuss the jury note. The Court formulates a response with no objection from either party.
10:32 AM   The jury continues deliberations.
10:52 AM   Court receives jury note 4.
11:09 AM   The parties discuss the jury note. The Court formulates a response with no objection from either party.
11:16 AM   The jury continues deliberations.
12:10 PM   Court receives juror note 5.
12:15 PM   Jury excused for lunch. (1 hour 15 minutes)
1:30 PM   The jury returns to deliberate.
2:35 PM   The Court receives jury note 6.
2:46 PM   The Court poses the jury's question to the parties. The Court formulates a response with no objections.
2:51 PM   The jury continues to deliberate.
3:51 PM   The Court receives jury note 7. The Court formulates a response with no objection from either party.
3:52 PM   The jury continues to deliberate.
5:57 PM   Court receives jury note 8.
6:00 PM   The jury is dismissed for the evening. Court adjourns.