# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### Beaumont Division
### THE HONORABLE JUDGE MARCIA A. CRONE

| | | | |
|---|---|---|---|
| DATE: | Thursday, December 12, 2019 | CASE NUMBER: | 1:17CR151-1 |
| LOCATION: | Beaumont – Courtroom 3 | CASE NAME: | USA v. Ahmed |
| COURTROOM DEPUTY: | Julia Colyer | | |
| COURT REPORTER: | Chris Bickham | DEFENDANT: | MOHAMED IBRAHIM AHMED |
| INTERPRETER: | Ranja Hijazeen & Ghada Atiech | COUNSEL: | *Pro Se* |
| CALLED: | 9:00 AM | | Advising Counsel: Geri Montalvo |
| ADJOURNED: | 5:34 PM | AUSA: | Christopher Tortorice |
| DURATION: | 7 Hours 22 Minute | DOJ: | Alicia Cook & Katie Sweeten |

## JURY TRIAL DAY 9

*This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:*

Evidence presented:
- … Government
- … Defendant
- Government's … Exhibit List
- … Witness List
- Defendant's … Exhibit List
- … Witness List
- … Parties conclude all evidence
- … Parties present final arguments
- … Court provides jury with Jury Instructions/Court Charge
- … Jury begins deliberations
- ✔ Jury continues deliberations
- ✔ Jury submits jury note(s)
- … Jury reaches a verdict:
- … Trial ends
- ✔ Court remands defendant into the custody of the US Marshals

ADDITIONAL PROCEEDINGS:

| | |
|---|---|
| 9:00 AM | The jury returns and continues deliberations. |
| 11:08 AM | Court receives jury note 9. |
| 10:21 AM | Court is called. AUSA Christopher Tortorice is present on behalf of the government. Counsel Alicia Cook and Counsel Katie Sweeten are also present on behalf of the government. The defendant is present and in the custody of the US Marshals. Counsel Geri Montalvo is also present. |
| 11:38 AM | The parties discuss the jury note. The parties determine giving a modified Alan charge to the jury would be appropriate. The charge is read to the defendant in Arabic. |
| 11:43 AM | The jurors enter the courtroom. The Court addresses the jury. The Court reads the modified Alan charge. The juror is dismissed for lunch until 1:00 PM. (1 hour 17 minutes) |
| 4:47 PM | Court receives jury note 10. |
| 5:06 PM | Court is called. The parties discuss the jury note. The parties agree on a response. |
| 5:28 PM | Court receives jury note 10 again. |
| 5:33 PM | The parties discuss the jury note. The parties agree on a response. |
| 5:34 PM | Court adjourns. |