# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF TEXAS
Beaumont Division
THE HONORABLE JUDGE MARCIA A. CRONE

| | | | |
|---|---|---|---|
| DATE:   Friday, December 13, 2019 | | CASE NUMBER: | **1:17CR151-1** |
| LOCATION:   Beaumont – Courtroom 3 | | CASE NAME: | USA v. Ahmed |
| COURTROOM DEPUTY:   Julia Colyer | | | |
| COURT REPORTER:   Chris Bickham | | DEFENDANT: | **MOHAMED IBRAHIM AHMED** |
| INTERPRETER:   Ranja Hijazeen & Ghada Atiech | | COUNSEL: | *Pro Se* |
| CALLED:   10:52 AM | | | Advising Counsel: Geri Montalvo |
| ADJOURNED:   11:19 AM | | AUSA: | Christopher Tortorice |
| DURATION:   **27   Minutes** | | DOJ: | Alicia Cook & Katie Sweeten |

## JURY TRIAL DAY 10

*This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:*

Evidence presented:   … Government   … Defendant

    Government's   ✔ Exhibit List   ✔ Witness List

    Defendant's   … Exhibit List   ✔ Witness List

… Parties conclude all evidence   … Parties present final arguments

… Court provides jury with Jury Instructions/Court Charge

… Jury begins deliberations   ✔ Jury continues deliberations   ✔ Jury submits jury note(s)

✔ Jury reaches a verdict:

✔ Trial ends   ✔ Court remands defendant into the custody of the US Marshals

ADDITIONAL PROCEEDINGS:

| | |
|---|---|
| 9:00 AM | The jury returns and continues deliberations. |
| 10:38 AM | Court receives jury note 11. |
| 10:52 AM | Court is called. AUSA Christopher Tortorice is present on behalf of the government. Counsel Alicia Cook and Counsel Katie Sweeten are also present on behalf of the government. The defendant is present and in the custody of the US Marshals. Counsel Geri Montalvo is also present. |
| 10:55 AM | The Court addresses the parties. The government and defendant agree to accept a partial verdict. |
| 11:00 AM | Court receives jury note 11 again. |
| 11:03 AM | The Court addresses the parties, and they formulate a reply with no objections. |
| 11:06 AM | The jury enters the courtroom. |
| 11:08 AM | The Court addresses the jury. |
| 11:10 AM | The verdict is read. The defendant is found guilty on count 1 of the First Superseding Indictment. The jury is hung on count 2. The jury finds the defendant guilty of count 3. The jury finds the defendant not guilty as to counts 4 and 5 of the First Superseding Indictment. The Court polls the jury. |
| 11:18 AM | The Court addresses the defendant. The defendant is remanded to the custody of the US Marshals. |
| 11:19 AM | Court adjourns. |