# United States District Court

## EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

**GOVERNMENT'S ADMITTED EXHIBITS LIST**

VS.

MOHAMED IBRAHIM AHMED

CASE NUMBER: 1:17-CR-151

| PRESIDING JUDGE<br>Honorable Marcia Crone | USA'S ATTORNEY   Chris Tortorice,<br>Alicia Cook,  Stephanie Sweeten | DEFENDANT'S ATTORNEY<br>Pro Se<br>(Gerardo Montalvo & David Adler) |
|---|---|---|
| TRIAL DATE(S)<br>Dec. 2, 2019 – Dec.12, 2019 | COURT REPORTER<br>Chris Bickham | COURTROOM DEPUTY<br>Julia Colyer |

| USA NO. | DATE OFFERED | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 1 | 12/3/2019 | ✔ | War Manual Translation |
| 2 | 12/3/2019 | ✔ | Photographs of recreation yard – Bureau of Prisons, FCI Beaumont – Medium pgs 1-9 |
| 3 | 12/3/2019 | ✔ | Video of recreation yard – Bureau of Prisons, FCI Beaumont – Medium |
| 4 | 12/4/2019 | ✔ | Certified judgment and conviction, |
| 5 | 12/4/2019 | ✔ | Certified plea colloquy |
| 6 | 12/4/2019 | ✔ | Swedish passport (photos of 6A) |
| 6A | 12/5/2019 | ✔ | Physical Swedish passport |
| 7 | 12/3/2019 | ✔ | Arabic manual |
| 8 | 12/5/2019 | ✔ | Note with phone numbers and names (Johnson) |
| 9 | 12/5/2019 | ✔ | Note with bank locations (Johnson) |
| 10 | 12/5/2019 | ✔ | Note with names (Victoria) |
| 11 | 12/5/2019 | ✔ | Note with phone number (Victoria) |
| 12A | 12/5/2019 | ✔ | Inmate detail report |
| 12B | 12/5/2019 | ✔ | Inmate Center report |
| 12C | 12/5/2019 | ✔ | Translation Details Detail report |
| 13A | 12/5/2019 | ✔ | BOP call recording on 6/17/15 |
| 13B | 12/5/2019 | ✔ | Transcript of 13A |
| 14A | 12/5/2019 | ✔ | BOP call recording on 3/5/17 |
| 14B | 12/5/2019 | ✔ | Transcript of 14A |
| 15A | 12/5/2019 | ✔ | BOP call recording on 9/6/17 |
| 15B | 12/5/2019 | ✔ | Transcript of 15A |
| 16A | 12/5/2019 | ✔ | BOP call recording on 12/7/17 |

| | | | |
|---|---|---|---|
| 16B | 12/5/2019 | ✔ | Transcript of 16A |
| 17 | 12/4/2019 | ✔ | 71 FR 74998 - 99 |
| 18A | 12/5/2019 | ✔ | Photo of Apartment Building |
| 18D | 12/5/2019 | ✔ | Photo of Centrum 3 |
| 18E | 12/5/2019 | ✔ | Photo of Jungfruns gata |
| 18F | 12/5/2019 | ✔ | Photo of Apartment |
| 18G | 12/5/2019 | ✔ | Photo of Apartment |
| 18H | 12/6/2019 | ✔ | Photo of Apartment |
| 18I | 12/6/2019 | ✔ | Photo of Apartment |
| 19 | 12/5/2019 | ✔ | Photo of individual #1 under **SEAL** |
| 20 | 12/5/2019 | ✔ | Photo of individual #2 under **SEAL** |
| 21 | 12/6/2019 | ✔ | Photo of Mohamed Ahmed |
| 22 | 12/6/2019 | ✔ | Photo of Mohamed Ahmed |
| 23 | 12/5/2019 | ✔ | Recording of phone call between CHS and other individual |
| 24A | 12/3/2019 | ✔ | Corey Shannon Recordings 3710.003 |
| 24B | 12/3/2019 | ✔ | Corey Shannon Recordings 3735.008 |
| 24C | 12/3/2019 | ✔ | Corey Shannon Recordings 3734.005 |
| 24D | 12/3/2019 | ✔ | Corey Shannon Recordings 3226.010 |
| 24E | 12/3/2019 | ✔ | Corey Shannon Recordings 3226.022 |
| 24F | 12/3/2019 | ✔ | Corey Shannon Recordings 3226.029 |
| 24G | 12/3/2019 | ✔ | Corey Shannon Recordings 3710.005 |
| 24H | 12/3/2019 | ✔ | Corey Shannon Recordings 3710.010 |
| 24I | 12/3/2019 | ✔ | Corey Shannon Recordings 3735.009 |
| 25A | 12/3/2019 | ✔ | Corey Shannon Recordings transcripts 3710.003 |
| 25B | 12/3/2019 | ✔ | Corey Shannon Recordings  transcripts 3735.008 |
| 25C | 12/3/2019 | ✔ | Corey Shannon Recordings transcripts 3734.005 |
| 25D | 12/3/2019 | ✔ | Corey Shannon Recordings transcripts 3226.010 |
| 25E | 12/3/2019 | ✔ | Corey Shannon Recordings transcripts 3226.022 |
| 25F | 12/3/2019 | ✔ | Corey Shannon Recordings transcripts 3226.029 |
| 25G | 12/3/2019 | ✔ | Corey Shannon Recordings transcripts 3710.005 |
| 25H | 12/3/2019 | ✔ | Corey Shannon Recordings transcripts3710.010 |
| 25I | 12/3/2019 | ✔ | Corey Shannon Recordings transcripts 3735.009 |
| 26A | 12/9/2019 | ✔ | Audio interview of Mohamed Ahmed Part 1 |
| 26B | 12/9/2019 | ✔ | Audio interview of Mohamed Ahmed Part 2 |
| 27A | 12/9/2019 | ✔ | Transcript of interview of Mohamed Ahmed Part 1 |
| 27B | 12/9/2019 | ✔ | Transcript of interview of Mohamed Ahmed Part 2 |
| 30 | 12/9/2019 | ✔ | Examples of comparison |
| 31 | 12/9/2019 | ✔ | Notebook |
| 32 | 12/6/2019 | ✔ | Map of Europe and Middle East |
| 33 | 12/9/2019 | ✔ | Translated exercise booklet |
| 34 | 12/9/2019 | ✔ | Dr. Yeager Powerpoint |

| 35 | 12/6/2019 | ✔ | Subscriber phone record |
|---|---|---|---|
| 35A | 12/6/2019 | ✔ | Translation of subscriber phone record |
| 36 | 12/6/2019 | ✔ | Foreign criminal history records |
| 36A | 12/6/2019 | ✔ | Translation of foreign criminal history records |
| 37A | 12/4/2019 | ✔ | 69 FR 61292 |
| 37B | 12/4/2019 | ✔ | 69 FR 75587 |
| 37C | 12/4/2019 | ✔ | 77 FR 4082 |
| 37D | 12/4/2019 | ✔ | 79 FR 27972 |
| 37F | 12/4/2019 | ✔ | 80 FR 58805 |
| 38 | 12/6/2019 | ✔ | Photo of Mohammed Lyousfi |
| 39 | 12/6/2019 | ✔ | Photo of Farid Lamrabet |
| 40 | 12/4/2019 | ✔ | Dr. Ranstorp Powerpoint |