# United States District Court

EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA  **GOVERNMENT'S WITNESS LIST**

VS.

MOHAMED IBRAHIM AHMED  CASE NUMBER: 1:17-CR-151

| PRESIDING JUDGE<br>Honorable Marcia Crone | USA'S ATTORNEY   Chris Tortorice,<br>Alicia Cook, Stephanie Sweeten | DEFENDANT'S ATTORNEY<br>Pro Se (Advising: Geri Montalvo) |
|---|---|---|
| Trial Date:<br>Dec. 2, 2019 – Dec. 12, 2019 | COURT REPORTER<br>Chris Bickham | COURTROOM DEPUTY<br>Julia Colyer |

| NO. |  | WITNESS |
|---|---|---|
| 1 | 12/9/2019 | Katelyn Bruno, FBI; Quantico, Virginia |
| 2 | 12/5/2019 | Emilie Bair, Advanced Language Systems International; Washington DC |
| 4 | 12/9/2019 | Chris Day, FBI; Beaumont, Texas |
| 5 | 12/6/2019 | Chindo Gangas, State Security Service (SSS); Abuja, Nigeria |
| 8 | 12/5/2019 | Micah Johnson, Houston, Texas |
| 9 | 12/5/2019 | Michael Laidler, Special Investigative Agent, Federal Bureau of Prisons; Beaumont, Texas |
| 9 | 12/6/2019 | Jeff McIntosh, FBI; Houston, Texas |
| 10 | 12/5/2019 | Person A |
| 11 | 12/4/2019 | Magnus Ranstorp, Swedish National Defence College; Stockholm, Sweden |
| 12 | 12/3/2019 | Corey Shannon, Cape Girardeau, Missouri |
| 13 | 12/4/2019 | Maged Sidaros, FBI; New York City, New York |
| 14 | 12/4/2019 | Mark Skinner, FBI; Houston, Texas |
| 15 | 12/3/2019 | Tommy Thomas, Denton, Texas |
| 16 | 12/5/2019 | Michael Victoria, Beaumont, Texas |
| 17 | 12/6/2019 | Lorenzo Vidino, George Washington University; Washington DC |
| 18 | 12/9/2019 | Kirk Yeager, FBI; Quantico, Virginia |
| 19 | 12/9/2019 | Hany Youssef, FBI; Quantico, Virginia |
| 20 | 12/6/2019 | Serge Miroff, FBI; Quantico, Virginia |