Punishment for Hypocrisy

Hypocrisy undermines deeds, and God does not accept the deeds of a hypocrite; therefore his end will be hell fire. As stated by the Prophet, may God's peace and blessings be upon him, in a hadith narrated by Abu Hurairah, may God be pleased with him, about the people who would be first to enter hell fire.  He said, "I heard the Prophet, may God's peace and blessings be upon him, say: The first people to be judged on judgment day will be of three kinds: A man who died as a martyr shall be brought forth asked about the blessing he was given, and he shall identify it. Then he will be asked, "And what have you done with it?" He will say, "I fought for the sake of You, and I was martyred." He will then be told, "You have lied, you fought so that you will be known to be courageous. He will then be sentenced and dragged away face-down and cast into the hell fire.  Another man will be a learned man, an educator and a scholar of the Quran. He will be brought forth and asked about the blessing he had been given and he will identify it. Then he will be asked, "What have you done with it?" He will say, "I learned about You [God] and studied the Quran." Then he will be told, "You have lied, you have learned so that it will be said that you are a scholar and that you study the Quran, so that you will be thought of as a learned person. He will then be judged, dragged away face-down and then cast into the hell fire. Then a wealthy man blessed by God with money will be brought forth and asked about the blessing he has been given, and he will identify it. Then he will be asked, "And what have you done with it?" He will say, "I missed no opportunity to give help and aid to other people." Then he will be told, "You have lied, you did those things so that it will be said that you are a philanthropist." He will then be sentenced, dragged away face down, and then cast into the hell fire. [1]

---

[1] Narrated by Muslim

1

Furthermore, the Prophet, may God's peace and blessings be upon him, warns us in numerous ways about the dangers of hypocrisy. The Prophet said that, "He who hears is heard by God, and he who sees is seen by God."[1] This means that for anyone who does a deed only in order to be seen or heard about by other people for having done, they and the malicious intentions they hid during their life will be revealed by God on judgment day.

A Bedouin Arab came to the Prophet, may God's peace and blessings be upon him, and said, "Dear prophet of God, there is a man fighting for the sake of pride - meaning out of fear of loss or humiliation -- another man fighting to affirm his status, and to seek stature and esteem among the people, and yet another man who is fighting so that he might be praised by the people.  The Prophet, may God's peace and blessings be upon him, said, "He who fights to promote the word of God is the one actually fighting for the sake of God."[2]

And in a Qudsi hadith, the Prophet, may God's peace and blessings be upon him, narrated that God had said, "I am the one partner who is least in need of having any partner in anything I do; whosoever does anything for the sake of Me and for the sake of someone else, I will have abandoned that person with their partner."[3]

---

[1] Narrated in both Sahih Muslim and Sahih Bukhari
[2] Narrated in both Sahih Muslim and Sahih Bukhari
[3] Narrated by Muslim

2

The hadith proves that he who introduces among their intentions a goal for those intentions other than God Himself, God will not accept any part of the deed.

Thus, for example, say you wanted to donate one pound for charity but then when you went to get it out you noticed that there are people watching you, and then you retrieve a larger sum so that it will not be said that you are miserly.  Here as you are seeking the pleasure of God, hypocrisy has tainted your intentions because of those who are watching you.  In this case God will not accept any of the money that you donated, irrespective of whether it is a small or large sum.



57

3

[Handwritten note:] 450242901114
In the name of God, the Compassionate, the Merciful

**Definition of War:**
A state of conflict between two factions, groups, nations, and in general between two opposing camps; in order to achieve political, economic, or ideological gains, or expansion.  It is typically an action of last resort for politicians.

**The Objectives of War:**
1- For the fighter to destroy and force into submission the forces confronting him.
2- The destruction and expulsion of the intended enemy.
3- To establish one's presence.

**The Causes of War:**
Generally, the causes of war can be divided into two categories:
1- Just wars: these wars are initiated by a faction or people who are oppressed and wronged by a tyrannical or unjust ruler. The cause in this instance is lifting the oppression and aggression, and fighting for the sake of God and implementing the Sharia law so that the word of God will reign supreme.
2- Unjust wars: these wars are waged by unjust forces against weak and defenseless people. The objective is to control ideologies, change legislation, seize territory and plunder wealth.

**Categories of war waged with military and civilian forces:**
1- Conventional wars
2- Wars of mass destruction
3- Cold wars
4- Asymmetrical wars

DRAFT

1

4

1105

001004

**First:** Conventional Wars -- Wars in which all weapons are utilized with the exception of weapons of mass destruction.  Such wars take place between two organized armies.

**Second:** Wars of mass destruction -- Wars in which unconventional weapons are used (weapons of mass destruction such as biological or nuclear weapons). This type of war is considered unlikely to occur, because it would result in the annihilation of all forms of life.

**Third:** Cold Wars -- Wars that do not include any direct clashes between the two parties.

### Guerrilla Warfare

**Fourth:** Unconventional wars (asymmetrical warfare)

This kind of warfare has a dual definition.

First definition -- a revolution; the upheaval of the local population who opposes the government stance and its legality whether a national government or an occupying force.

Second definition -- a war of the simplest kind with the cheapest implements being used by a poor and weak side against a powerful opponent who is superior in war preparations as well as equipment. This is known as guerilla warfare, or the "war of the dog and flea."  A flea constantly bites the dog and causes it injuries before then fleeing, while the dog then bites itself and scratches its skin.  Then the flea returns once again to bite the dog, and so on until the dog eventually loses its balance, falls over, and dies, after having been killed by fleas.

**The Objectives of Guerilla Warfare:**
The objectives the Mujahidin are striving for are noble and supreme. They are heeding the call to establish a purely Islamic system, free of all evil deeds and aspects of disbelief. It is based on the Quran and the Sunnah.[1]  Moreover, one of the goals of the Mujahidin is the liberation of Muslim populations oppressed by the power and dictatorship of an unjust and tyrannical regime whether a local government or foreign one and establishing a new social system which implements its laws through the guidance of the Quran and Sunnah. Thus, you will find that most of the Islamic movements share the same definitions and causes for their existence.

**The Phases of Guerilla Warfare:**

**Phase I:  Attrition (strategic defense)**

---

[1] Translator note: the "Sunnah", the tradition-defining teachings of the Prophet Mohammed

For the Mujahidin, the reasons for this phase coming into effect are usually the defense of Islam, Muslims, things sacrosanct to them, and their honor.

**Phase II:**
Relative Strategic Balance (the "thousand wounds" policy)

**Phase II:** Military Decisiveness (Final Attack)
The Mujahidin leadership determines the position of the Mujahidin with respect to all of these phases. However, the battle may begin at the information gathering stage. Then the enemy may not be able to last, and you may find that they will collapse during the first stage -- which is a blessing from God.  The enemy could also fall during phase II. But one must take care at this point not to rush when transitioning from one stage to another. Instead, one must be patient and take into consideration all reasons and assess all factors.
Each one of these phases is distinct in their political and military characteristics, which are subject to maneuvers and changing, both with respect to the enemy and the Mujahidin as well. You will also find that the enemy as well as the Mujahidin will have established bases in this phase. There is also the factor of negotiations during every stage which must be considered.

**Phase II: Attrition (Strategic Defense)**
**Political Attributes:**
A. With respect to the enemy: aggressive, fierce, and continuing's campaign to tarnish the image of the guerrillas or the Mujahidin and to deceive the masses, publishing and distributing misleading propaganda. An example would be the claim that the Mujahidin are murders, criminals, and people who have failed and given up on life as facilitated by the media which is controlled by the enemy. This is why any reader or follower of the situation in the region today can see for themselves and watch one of these rabid campaigns against the Mujahidin in Muslim or infidel countries. This practice is a cheap misuse of religion to confront the Mujahidin. Even the government of Saudi Arabia today has made use of some leading figures in Islam today to tarnish the image of the Mujahidin, figures who until recently were once known for  standing against the oppressors.

The objective behind the distortion of information and deception is to attempt to isolate the Mujahidin for the rest of the society and cut off the logistical and financial support offered by the people to the Mujahidin.  But, alas, their intentions will never be fulfilled, as God says in the following Quranic verse: {{Fain would they extinguish with their mouths, but Allah will not allow but that His Light should be perfected, even though the unbelievers may detest it.}}

Among the political characteristics of this phase are secret offers in efforts to negotiate ceasefires in return for complete immunity, exile, or something similar. Often these offers are made to the leadership of the guerrillas or those who are leading the military or political campaign, such as the deals currently being offered to the Mujahedeen in the Arabian Peninsula by Safar Al-Hawali or Al-'Awaji.

6

**For the Mujahidin**: the Mujahidin will utilize military assaults during this phase to destroy the structure of the regime and reveal the true picture to the people of the Islamic community; and show that the enemy is incapable to withstand assaults by the Mujahidin. In other words, this is encouraging the people to fight the enemy.

During this phase as well, the Mujahidin shall take the opportunity to reveal the truth about the conflicts taking place in the area (the conflict with the Jews and the Christians, or a rapacious enemy occupying their homes). Therefore, if you find that the Mujahidin are delaying in launching their attacks, they usually justify this delay by pursuing  important, sensitive, and noble causes (Jewish and Christian goals), in order to humiliate and expose the state, and its state of being a client regime, to the general public.



7

1108

During this period as well, the Mujahidin media outlets will incite the Mujahidin and people to fight the Crusaders and the Jews, and encourage the people to support the Mujahidin. It will broadcast the heroic activities of the Mujahidin, and their missions and operations that are worth highlighting so that the people can follow their Mujahidin brothers and have the truth revealed to them.

**Political characteristics of this stage for the Mujahidin**: finding allies (Mujahidin that are not in the in the area where the battle is taking place) and strengthening bonds of cooperation with those Mujahidin, while at the same time limiting any attacks by enemies not directly involved in the conflict. The goal is to prevent the Mujahidin from being challenged on multiple fronts at one time.

**Military Characteristics:**
With respect to the enemy: continuous, aggressive, and intense attacks to destroy and eliminate the Mujahidin's strength. You will find that the enemy will use as much military force as they can to achieve this goal.
At the same time you will find that the enemy will try and lure the Mujahidin into battles and attacks in exposed areas in order to defeat them, even if this causes them to lose large numbers of their own forces.

**The Mujahidin:**
During this phase the Mujahidin will try to distribute, vary, and increase the attacks against the enemy in different parts of the country.  Even if these attacks were small, they will be frequent and varied. This will therefore divide, squander, and scatter the efforts of the enemy.
These attacks are primarily based on the hit and run policy (i.e. strike and run). During this stage the Jihadist group will need qualitative attacks to generate positive media coverage. The objective of these attacks is to prove the existence and strength of the jihadist group, encourage the populace to join the fight and encourage young people to take up arms and face the Jewish and Christian enemies as well as their puppets and clients.

**Bases:**
With respect to the enemy: During this stage, the enemy's bases are known and are stationary.
With respect to the Mujahidin: Bases are mobile, not stationary, and are easy to set up. This means that the supplies are light and easy to carry.

**Negotiations:**
Negotiations are strictly prohibited in this phase (no negotiations, cease fire, veering from military objectives, and no dialogue), because the roots of the battle and the founding of the Jihadist movement were propagated by differences in beliefs.  It is a battle between the Muslims and the Christians, and between the Mujahidin and infidels and thus there is no room for coming up with solutions.

**Phase II: (Relative Strategic Balance)**
Once the movement succeeds in persevering, squandering the enemy's efforts, whittling away their power and gaining the people's trust and belief in the their objectives thus revealing to them the true picture; and once an influx of supporters and soldiers comes to support the group and the Mujahidin, you will automatically transition to the third phase of guerilla warfare, which is the relative strategic balance

phase, also known as the "thousand wounds" policy.

**Political Characteristics:**

With respect to the Enemy: After enduring a long war of attrition, the enemy of God will find that it is nearly impossible to defeat the Mujahidin's military power. This is why during this stage you will find that the enemy will turn to diplomatic solutions in an attempt to find a way out of a conflict they are aware may destroy them, regardless of what they may try to do.

However, because of firmly entrenched circumstances that come into play during this phase, you will find that the military wing within the regime more often than not causes the diplomatic wing's efforts to fail. The military will cause damages and the politicians to lose everything, as the military believes that blood is the only language that can be used to negotiate with the Mujahidin. In this phase, the stubbornness and resistance of the military will create some internal conflicts and could possibly lead to the military convincing the politicians to seek foreign assistance. This was the case with the oppressor Najib in Afghanistan, when he sought the help of the communist Russians.[1]

**With respect to the Mujahidin:** during the period of reckless politics contrived together by the enemy, the Mujahidin will know that they are now on their way to establishing an Islamic Caliphate government. You will find that they will step up their political and military campaigns, in order to highlight the milestones of this ongoing struggle between them and their military adversaries, the Jews and Christians, and their puppets and clients. During this time it will be difficult for their operatives to hide the truth behind the presence of Christians and Jews in Muslim lands. The Mujahidin will reveal the truth with their attacks on bases and other areas where the enemy is present, leaving no doubt that they genuinely exist throughout the country.

Furthermore, the Mujahidin must use their liberated areas, their administrative bases and their media offices to continue their incitement and locate the enemy's weakness and destroy this puppet regime, as it attempts to destroy the Mujahidin. Also during this phase, the Mujahidin must make political statements either through written press releases or through the use of the language of violence and bloodshed against all foreign governments who stand with the traitor regime and warn them that if they stand with the regime, they will be lawful targets of the Mujahidin's attacks. Furthermore, the Mujahidin should communicate with the general public being ruled over by these governments, and inform them that their countries are interfering in wars and conflicts that do not concern them, as did Sheik Abu Abdallah Osama Bin Laden, may God protect him, in his statements where he addresses the people of Japan and some other countries.

---

[1] Perhaps the reader following the current situation in the Arab World, as well as the actions of the apostate Arab governments, especially those in which there is a movement for change, as well as fights going on against these disbelieving governments, will have noticed the floundering situation in which these governments find themselves. Thus at one point you find them following the course of characteristics of the first phase of the guerilla wars, before then shifting to the course of characteristics of the second phase, and then the third phase, and so forth. One of the most manifest items of evidence for this statement is what we are witnessing today with some of these traitors hiring mercenaries and soldiers for hire, even though the movement is still just getting started. Evidence as well is also what is being said by some of them, to the effect that if the United States were to withdraw and leave us behind in confronting the terror, then we will not be responsible for what will happen as a result. Thus one has to bear in mind that these characteristics are not static and inflexible forms, nor concrete and eternally unchanging rules. Instead, they are subject to the changes taking place in the region.

**Military Characteristics:**
With respect to the Enemy: after the Mujahidin's exhausting work and long and successful resistance renders the power of the regime impotent, and after they recruit new fighters, the enemy will probably stop or reduce their missions to areas with a large congregation of Mujahedeen, and places where the strength of the worshipers of God is apparent. The enemy will suffice with conducting air raids over these areas and over the Mujahidin's supply routes. The enemy will be forced to retreat to areas which are greater strongholds for them. This has happened in many areas around the world. The regime's military missions are limited to long range attacks on mountains but as for cities, the enemy will kill many people in the cities where there is a strong Mujahidin presence. They will assert their dominance over most of the sectors of the city, and their evident weakness will also become clear when they are unable to block the continuous attacks by the Mujahidin.

With respect to the Mujahidin: as the Mujahidin escalate their military campaigns and benefit directly from experience gained during confrontations or what so-called firsthand experience, and after taking advantage of areas where enemy numbers are small or weak, the Mujahidin will then form governing forces and disband the regime in the liberated areas. At the same time, they must be able to confront the enemy forces. At this point, the forces of the Mujahidin will increase on a daily basis.

**Bases:**
**With respect to the Enemy:** as we have mentioned, the number of enemy forces will decrease in rugged areas.
**For the Mujahidin:** at this time the Mujahidin will set up headquarters and operating bases in liberated areas that are under the complete control of the Mujahidin. There the Mujahidin will run training camps, hospitals, shariah law courts, media stations and mobile camps for military and political campaigns.

**Negotiations:** following this sequence of events the enemy will take every precaution through negotiations to stop the Mujahidin's military campaign in order to save itself and its power. During this phase the Mujahidin may accept negotiations as long as their military operations continue. Should negotiations begin, you will find that both sides will try to launch aggressive military campaigns during or after the negotiations in order to assert their presence and strength at the negotiation table and in order to strengthen their position at the negotiation table. In other words, this will be an attempt to achieve military victories that will then accomplish political gains.

At this phase we advise the Mujahidin -- if they have control over the land -- to continue their military operations, because they are what will break the enemy's back and force them to acquiesce to the Mujahidin's demands.

It is urged that during these negotiations -- should they take place -- there must be terms for the enemy's surrender (because this will destroy their morale). In other words, they must either surrender their power, or surrender their power! Then they must be tried in accordance with the laws of God.
It should be noted that the enemy may offer the Mujahidin the option to share power (as happened in Yemen and most recently in Sudan between Bashir and Qarnaq.) However, this option is rejected in its entirety, as the religion [and by extension the system of governance, way of life, etc.] must be oriented entirely for the sake of God.

**Phase III: (Decisive Stage)**

This is the final attack phase, where with the permission and help of God, the enemy will be eliminated.

**Political Characteristics:**
**With respect to the Enemy:** this is considered an extremely damaging phase for the enemy, which is actually their final phase. The regime will now be crumbling and undergoing a process of political and economical collapse as well as internal division and strife between the Army and the state. They will plot against each other, and perhaps conflicts between different political groups (moderates and hard-liners) will continue.

Military coups are also possible during this stage for reasons already mentioned. This collapse will take place despite the large amounts of foreign aid that will continue to grow daily, similar to when France and Saudi Arabia funded the government of Algeria when it was liable to collapse in the face of Mujahidin attacks, as well as with past regimes in Vietnam and other countries. You may also find that the regime may not be able to survive without foreign support and a constant stream of aid. This is the case with the Arab governments of today even though most of them do not have revolutionary movements or armed resistance movements.

**With respect to the Mujahidin:**
During this stage there will be many acts of defection and rebellion within the enemy's military and executive leadership apparatuses. The Mujahidin must make use of these defectors as much as possible. They must reorganize and use them for their advantage, while at the same time being vigilant against spies and moles. During this phase communication will also increase between the Mujahidin inside and outside the battle field. This circumstance will be used to help spread word of the conflict everywhere. Should the situation stabilize for the Mujahidin, they will continue their Jihad throughout the Muslim lands and liberate them from the control and occupation by the Jews and Christians. In so doing, they will have performed their duty in fulfilling the neglected religious requirement of offensive jihad.

**Military Characteristics:**
**With respect to the Enemy:**
During this phase enemy personnel will withdraw, and their numbers will shrink in most rural areas, in mountains, and in expansive rugged areas. The reason is because when the Mujahidin intensify their attacks on a number of these areas you will find that the enemy retreats back to main cities to launch large military assaults from there. This conquest has been witnessed on many fronts throughout history. An example would be the events in Afghanistan during the rule of Najib, when the Mujahidin seized control of many areas as their attacks escalated. The enemy was forced to retreat to the larger cities. The enemy will do their best to remain on roads that connect them with other cities so that the main routes to other countries remain free of obstacles. The Afghan government also did this, even though most of the aid was delivered by airplanes because the Mujahidin had control over the main routes and threatened them constantly. Therefore, the Mujahidin must not allow this to happen.
During this phase, land assaults of the Mujahidin will also cease, and only air and long range assaults will persist.

**With respect to the Mujahidin (Guerrilla Rebels):**
With the help of these organized Mujahidin forces, the Mujahidin will begin attacking small towns and then broadcast these conquests and victories in order to uplift the morale of the Mujahidin and the people in general. This is considered a phase of conquests and victories for the Mujahidin, for they were able to form semi-organized forces during the strategic balance phase. These forces were gradually transformed

11

1112

into an organized force with modern components.  What I mean by "modern" is that they are formed based on knowledge and awareness of organized warfare and the organizations within armies as well as their role in the field.  This does not mean copying those regimes and the military trials and otherwise imitating the infidel Western world in matters which are obvious to many. Rather, the Mujahidin must remain guerrilla forces and destroy the enemy's morale.

The reason for targeting small towns is to destroy the enemy's morale. When their soldiers see how quickly and easily these towns fall into Mujahidin control, they will know that they cannot combat the Mujahidin. (This is what happened in Afghanistan, as Khost and then Gardez fell into the hands of the Mujahidin: other towns followed until Kabul succumbed.)

Note: the Army in this case will not fight, and their leadership will negotiate in order to save their lives. Here we must caution that military headquarters in the mountains must be well defended or else the Mujahidin will be deceived by their conquests and abandon their fortified camps, thus enabling the enemy to take advantage of these abandoned bases and launch a counterattack. This is why we have called for the Mujahidin to always remain a guerrilla force and always be ready.



**Bases:**

**With respect to the Enemy**: the enemy will begin to withdraw from bases in rural areas, mountains, areas with a strong Mujahidin presence, and places exposed to intensive Mujahidin attacks. The enemy will be forced to withdraw to the main cities and turn them into their armored base with massive security.

**With respect to the Mujahidin:** their bases will be in the small liberated towns. They will also maintain their earlier camps and protect them. They will also put in place training camps and hospitals and various other administrative offices.

**Negotiations:**

All negotiations with the enemy will be halted. Threats will be issued to their members warning them that they must surrender. Furthermore, the sharia courts will try those who have strayed from the religion through just and lawful trials.

Now that we have identified the phases, goals, and motives of guerilla warfare, we now have important matters and fundamental conditions at hand for launching a successful and victorious guerilla war.

### The Fundamental Conditions for Launching a Successful Guerrilla War

I -- Selecting leadership with shared mentalities, agendas and, of course, beliefs. The leadership will play the function of gatherer, former, and implementer. The term "gatherer" means that the leadership will assemble all the staff, efforts, and abilities of the movement under one umbrella. The term "former" means that they will formulate the strategy behind the missions and organize the soldiers, and put assets gained to proper use. The term implementer is used because they must be able to take bold and risky steps to accomplish their ideas and plans. The leadership will consist of experienced people who are knowledgeable and educated, faithful, and fear God the almighty. The strong believer is better and dearer to God than a weak believer. You will find that if the group chooses good leaders, then they will be, God willing, on the path to victory. Furthermore, the belief in a single unified doctrine is one of the most essential and fundamental features for the leadership and the movement as a whole, as there have been many cases of groups who united at once and then just as quickly disagreed amongst one another and disbanded. Some examples of successful leaders are Muhammed, may God's peace and blessing be upon him and his companions, and from our own time, Sheikh Abu Abdallah and Dr. Ayman, may God protect them from the scheming of their enemies.

II -- Favorable Conditions: these are conditions, events, or campaigns that take place in areas of conflict, areas where jihadist movements have gained a foothold, or areas where prior incidents occurred. Therefore, in these areas there are developments emerging on a daily basis. You must wait out these circumstances and utilize the most opportune time to launch your jihadist movement. To emphasize this point, we will mention the events that took place in Algeria following the success of the Islamic Front's in winning the elections: the election results were, followed by military interference and imposition of military control over the country. This provoked a popular uprising and widespread sympathy toward the Front because in the eyes of the people, the Front had been robbed of their rights while having the legitimate right to rule. The Mujahidin took advantage of the events surrounding the Islamic Front, attracted supporters and collaborators, and launched military assaults (bear in mind however that the actions of the Islamic Front were not lawful. Parliaments and electoral councils are all laws that were not decreed by

God, and it is unlawful to enter into them, as stated by God Almighty: *{{Already He has sent you Word in the Book, that when ye hear the signs of Allah held in defiance and ridicule, ye are not to sit with them unless they turn to a different theme: if ye did, ye would be like them. For Allah will collect the hypocrites and those who defy faith - all in Hell;}}*

Similarly, the Arabian Peninsula was not prepared ten years ago for military action. But new developments started to take place in the region, starting from the blessed bombing in 1416 AH, the toppling and destruction of the American towers and ending with the plunder of resources by the Americans. Their campaigns in the Arabian Peninsula to strike at our Muslim brothers in the East and the West facilitated by their servants in the Saudi ruling family and before that replacing God's laws with laws other than those revealed by God. The sequence of events and changes created a climate for the jihadist movement in the land of Muhammad, may God's peace and blessings be upon him.

Thus any movement or group seeking to launch a successful guerrilla war must heed the needs and rights of the people. They must live amongst them and share in their joys and sorrows. Should the group reach this phase, they will benefit from the people's acceptance. This is referred to as grassroots support.

The Mujahidin must keep in mind that most people are concerned with worldly life and distracted by making a living, to garner considerable support without the Will of God Almighty. This is our main subject in this chapter (i.e. "Not being harmed by those who abandon them, nor by those who oppose them"). It is the Mujahidin's responsibility to bring about such circumstances by launching various attacks (such as September 11th) and conducting diligent campaigns through the media.

Before all this, however, the leadership must study the current conditions and developments as well as the political leanings in their area of operation. Based on these findings, they will decide if the time has come to begin their operations and launch a successful guerrilla war.

The Mujahidin must take everything into consideration. The Mujahidin are fighting for an entire nation, protecting its beliefs, holy sites and its people, their honor, land and fortune, and defending it from attacks and oppression. Thus it is imperative—for the Mujahidin to consider anything that may negatively impact their mission. Delaying their operations is acceptable if there are valid reasons for doing so, such as fulfilling all conditions of jihad and preparations and waiting for the right circumstances to occur. However, this delay depends on perseverance in training and fostering the proper climate to fulfill the additional conditions for launching a successful guerilla war.

Grassroots support: fostering psychological circumstances which give rise to acceptance among most of the population of Jihadist principles, their military operations, and the expulsion of the invaders. Funding and manpower as well as assistance to fill in gaps and inadequacies among them must also be forthcoming. In most cases this response is generated only by a subjugated people who are oppressed. This is why in such cases, Mujahidin must restore the people's rights.

**Types of Popular Response:**
1- **Negative:** in such a response, individuals and groups refrain from participating in matters that involve risk, danger, or hardship in general. You will find them to be fearful and hesitant in their support. Such people will offer money, sustenance, and intelligence to the Mujahidin. Individuals

such as these exist within our Muslim nation by the blessings of God Almighty. They are almost ready to join the jihadist movement. A successful jihadist movement will not merely entice people in order to elicit a favorable response. It will not be able to do so unless it proves itself to be capable of proper management and control of matters.

**2- Positive**: in such a response, collaborators volunteer to fight and support the Mujahidin with funding, volunteers, sensitive strategic information, sustenance, words of encouragement, and otherwise letting the jihadists know that "we are with you with our hearts and minds". This kind of response will likely occur after the success of an operation by the Mujahidin. You will find that these individuals respect the Mujahidin's authority, they will strive and obey them, and that they are willing to endure considerable risks and tribulations for the jihadists' sake.

**Third- Means of Using Force:**
Jihad without force does not exist; just as battles cannot be waged without resources that can ensure the continuous flow of this power. Jihad cannot exist without the supremacy and growth of this power, and the need for military and civilian forces is essential. An unarmed youth will be ineffective to our mission unless God Almighty wills otherwise. Hence, weapons are a must if there are those ready to carry them. A weapon is useless without someone able to use it with skill and strength. However, these characteristics must be accompanied by strong moral convictions and knowledge of the sharia law. This is the one and only true weapon for the Mujahidin, for without it he will turn into a bandit.

Preparation and stockpiling supplies depends on abilities and effort {{Prepare against them with what force you can}} is our response to the deserters and traitors, for we prepare with what we can and begin by reciting the name of God and invoking his blessings.
The leadership movement must aim to spawn groups and cells with small numbers of people. A cell should not have more than four to six individuals, in order to limit losses and increase the flexibility of the organization.
The leadership must also must disperse its arsenals in various areas associated with the locations of groups and cells to the extent possible, thus giving the cell the responsibility for their own weapons and artillery. If, God forbid, an attack or losses of personnel in the cell or group occurs, the leadership will then be able to send additional forces, aid, and supplies because there will be a number of other cells and groups located in the area. It must be noted that in such cases the cells must not have knowledge nor interact with one another, so the organization may be protected, and the mission continued.
A successful leadership must inculcate the jihadist ideology amongst the group and explain their commitment to the organization's ideology. This is done for the following reasons:
   1- To protect the ideology.
   2- To create a united force.
   3- To perpetuate the mission, God Willing, with the torch being passed on to someone else in the event the leadership is assassinated or arrested.
The leadership must mold these forces and militant groups with sweat, blood, and casualties for a fighter must not fear anything other than God. He will sacrifice everything to uphold the word of God; ever aware of the taunts of the enemies of God while still believing in God's victory and the fulfillment of God's promise. The fighter will be known for his nobility, strong high morals, and loyalty to the believers, and as the Quran states, {{Humble towards the believers, and proud and steadfast in the face of all who deny the

truth.}} These skills and noble characteristics will be cultivated in wartime, as hardship is the revealer of true men. These forces must possess strong convictions of morals and decency. The Mujahidin must be a beacon that will illuminate the path for the people, and a role model for his brothers who will follow him. The following words of God Almighty must not apply to him: {{would you encourage others to do the right thing when you yourself forgot?}}

Without these provisions the Islamic organization will not be stable. These are truly the ultimate rules for preparation for battle.

IV:
**Knowledge of Conventional and Unconventional Warfare:**

**Regarding conventional wars and the basic rules of operation:**
**First Issue** -- the leadership and the basic rules: innovation, readiness, and being prepared for the worst are some of the basic principles that an organization must follow. The leadership must always be prepared to take risks and attacks. The leadership must also be able to variegate their assaults and methods of attack depending on circumstances and local terrain where the battle is taking place. As an example, if a movement operates in barren, desert terrain, this movement must take advantage of the cities to operate. Therefore, military operations within the cities will take place without the help of the guerrilla warriors in the jungles due to them not being present on the battleground.

The leadership must familiarize itself with different kinds of terrain. They must train in the mountains, meadows, and the cities and coasts as each of these terrain types involves its own strategies and techniques for battle. There are many examples in the history of revolutions against a leader who has subjugated and oppressed his people. Unfortunately, because of repeatedly failed attempts and the decline in general conditions, you will find that there is a state of confusion and hopelessness amongst the people on this subject. This is a result of the absence of an organization versed in the principles of either organized or asymmetric warfare that are able to exert control and discipline.
Organizations have improved over time. We will summarize certain characteristics behind these developments:

1- Proper situational assessment
2- Proper assessment of general and internal affairs (truly learning about domestic or foreign affairs)
3- Setting up productive and effective systems; an organization is not capable of operating completely in isolation
4- Implementing a political ideology for the organization and creating guidelines for the organization to follow
5- Assessing and planning operations and assigning roles and duties

**In short, for the organization to wage a successful guerrilla war, it must be able to facilitate the following:**

**1-** Advocating and preaching the jihadist case -- and making a clear call for the doctrine to be backed by all levels of society. People preaching this message must utilize their influence to reach different levels of society. The doctrine in question is the Quran and the Sunnah, and thus a call to righteous scholars to support this doctrine is imperative.

16

**2- Messages and statements** -- depending on the security situation, the organization must be able to issue declarations prior to a war. This will enable the movement to identify their supporters and opponents. Statements can be made in various ways, but this should be done delicately and not in an obvious manner, for the sake of your own security and the secrecy of the mission.
Statements can be made directly to the enemy in order to gage their positions and reactions. There are techniques for doing everything.

**3- Collection, accounting, securing, and allocation of funds** -- organizations around the world are characterized by a nervous center, a structure (skeleton) and a power (muscle). The muscle comprises the organization, its expertise and its staff. Its bones are the armed Mujahidin, while the funds are the nerve center for Jihad. Jihad will consume funds very rapidly. Therefore, money must be raised, secured, and properly allocated prior to any operations or movements taking place. The funds must be managed in an organized manner with the funds being used to sustain the organization for many days to come, as during the first phases of war (the information gathering phase) the enemy will try everything in its power to sever the lines for delivering this aid. They will launch an aggressive campaign to dry up funding sources and freeze assets.

**4- Distribution of bases,** command centers, and supplies to all areas (bases are not limited to being only in the mountains; a base is any location in which the Mujahidin may operate). Storage facilities and supplies to help the movement are also necessary.

**5- Searching for the Christians and their allies** -- a successful organization must continue to search for our Christian enemies and their allies.

**6- Formation of deterrence and protection units** -- their aim will be to protect the religion and stop evil and those who spread evil, such as the apostates who insult and mock the word of God and His Messenger; the apostate officers who speak against the battle of God and His Messenger, so they must be sought out to deter others and announce to the Islamic nation that the day of the reckoning is near.

**Important note:** due to the deteriorating conditions and strife among the population, in addition to the distortion of the true nature of the struggle, it is important in the initial phases of the operation to target the agents of the enemy. Instead, they should begin by targeting the Jews and Christians, which will position the Islamic community against the foreign enemies who have usurped the lands and replaced the sharia laws with other laws. The Islamic nation must always unite and rally in the face of an outside enemy. At the same time the Mujahidin must strive to expose the clients and puppets and use the Mujahidin media apparatus for this purpose, so that the Islamic community will come to know who the true enemy is.

**7- Organizing propaganda** local as well as international media to set up an integrated media apparatus capable of conveying the call of the Mujahidin at home and abroad. It is very important to create a Muslim intelligence agency that will oversee the recruitment of members and thus protect the mission. It will also provide tactical operational training. Secondly, knowledge of the art of conventional and unconventional warfare is also important. This can be accomplished through political campaigns calling for Jihad. Two aspects of a political war are:
   a. No debates, negotiations or compromising of beliefs.
   b. Military operations conducted against the enemy. This point changes depending on current circumstances, such as hostage situations and related negations. These matters can be open for discussion since they are conducted with specific goals in mind. These operations are also used as means to convey political messages.
**8.** It is very important to create a Muslim intelligence agency that will oversee the recruitment of members and thus protect the mission. It will also provide tactical operational training. Secondly, knowledge of the art of conventional and unconventional warfare is also important. This can be accomplished through political campaigns calling for Jihad. Two aspects of a political war are:
   a. No debates, negotiations or compromising of beliefs.
   b. Military operations conducted against the enemy. This point changes depending on current circumstances, such as hostage situations and related negations. These matters can be open for

17

1118

discussion since they are conducted with specific goals in mind.  These operations are also used as means to convey political messages.

### 9.   Setting up Training Camps to train and prepare soldiers.

Thirdly, leaders must make use of the abilities and energy of the troops who must be actively trained in the fundamentals of conventional warfare.

Leaders must identify the enemy they are confronting because they are able to maneuver and use specialized equipment. Conventional forces in our region maneuver in specified formations.  It is imperative that the leadership be knowledgeable about the enemy so they can strike them.  It is well known that armies are organized based on western and eastern structural systems. Armies have a number of units.  The smallest is a platoon (9 to 12 members), followed by a company which consists of three platoons and has a range of 100 to 150 soldiers. The next largest unit is the brigade who consists of three or four companies; a meanwhile, a brigade is made of three to four battalions and a division is made up of three to four brigades. A corps consists of three to four divisions. This is typically how armies are broken down.

Military forces typically have the naval, air, and ground forces.  Usually these service branches collaborate. The land battalions may be supported by naval and air forces.  Thus the Mujahidin leadership must be well trained in these subjects and give special interest to this topic as well as train its personnel.

**The Components of Guerrilla Forces:**
1- Mountain Forces
2- Urban Forces (covert operations forces)
3- Collaborators

**I: Mountain Forces**
Mountain forces are identified as branch units with no stationary bases where the battle is taking place. However, they may have stationary bases in neighboring countries, as was the case in the past with the Mujahidin in Afghanistan. Their bases were in Pakistan and Chechenia but they were known to have camps and command centers to support them in Georgian territory.
As already mentioned, these are mobile forces that do not spend more than 48 hours in one location. Members of these units must carry everything they need with them (including weapons, water, food, sleeping bags, and other essentials).

The theater of operations for these units includes areas not under the complete control of the ruling authority. Typically these are rugged areas like mountains, jungles, minefields and other similar terrain. The groups will operate and maneuver from these locations. Their philosophy behind this course of action is to maintain constant movement, attacking then enemy and advancing then again. This is once again the dog and flea theory at work. Once the enemy makes a clumsy move, it will fall into the traps of the mountain forces. Note that the mountain forces do not operate in cities. Rather, they operate in less populated areas, such as rural and small towns, mountainous areas, and jungles.
We have noticed that members of the mountain forces are physically fit and able to live outdoors for long periods of time. They have patience and the ability to endure rough weather and difficult conditions. Each member is able to walk between 18 to 20 hours per day while consuming very little food.

**The Organization of the Mountain Force:** the "group" is the nucleus and nerve center of the mountain forces. "Groups" are units that enable the guerrillas to reach the enemy. A company of at most six groups of guerrilla fighters will be the maximum number situated in any given sector. A battalion consists

of four companies. A battalion of guerrilla fighters is by far the largest formation of fighters, and is present in every area of operations.

## I – Organization of the Group:

1- Group Commander, armed with Kalashnikov
2- Deputy Commander, armed with Kalashnikov
3- An individual armed with a machine gun (PK), and a revolver for personal protection
4- An individual armed with a Kalashnikov to help the individual with the machine gun
5- An individual armed with a rocket propelled grenade launcher and a revolver for personal protection
6- An individual armed with a Kalashnikov, to help the individual carrying the rocket launcher
7- A communications specialist armed with a Kalashnikov
8- A first aid medic armed with a Kalashnikov
9- A first aid medic armed with a Kalashnikov
10- A sniper
11- A topography specialist with topographical knowledge, armed with a Kalashnikov
12- An individual armed with a Kalashnikov

## Ammunition carried by members of the group:

1- Individuals with rifles: 300 rounds
2- Individual carrying the light machine gun (PK): 1000 rounds; an assistant will help him carry them
3- Individual with RPG launcher: 10 rockets; he will be assisted in transporting them by an aid assigned to him

## Grenades and Armor-Piercing Weapons

Offensive and defensive grenades and explosives: each member of the group must carry at least one grenade for defense and one for offense.
Armor-piercing weapons: each member of the group carries a rifle except for the RPG carrier assistant; the RPG launcher is an Anti-Armor weapon.

## Group Supplies:

1- Food: each member of the group must carry food to last him at least 48 hours or preferably one week if possible.
2- Water: each member carries 2 liters of water in two containers to last him 48 hours.

## First Aid:

Each group is equipped with medical and first aid supplies. The member of the group trained to provide first aid carries these supplies with him.

## Contents of member's backpack:

1- Change of clothes
2- Personal products: soap, sewing kit, etc.
3- Food
4- Additional ammunition not loaded into weapon magazines
5- A harness, rope, and carabineer
6- A small jack

## Contents of Belt Pack for Each Rifle-Carrying Member of the Group

1. Magazines
2. Grenades and armor-piercing ammunition
3. Any special technical implements such as a compass, binoculars, small messaging device, Magellan device, etc.

19

Technical equipment carried with the group:
1. 2 compasses
2. 2 binoculars
3. 2 small communications devices
4. Wireless communications device used to contact the company commander and the remaining groups
5. Magellan locator device to determine one's location

**Observations:**
1- Members of the group are permitted to carry more grenades, should the mission require it.

2- During the attacks on the target, heavy bags and supplies not needed for battle may be stored in a safer location nearby.

3- Rocket propelled grenades should be tied to the backpacks and each group must be equipped with 20 rockets. The individual launching the rockets carries three of them in his rocket bag, leaving 17 rockets with the group. The RPG launcher's assistant will carry three in his rocket bag, and the remaining 14 rockets will be distributed among the rest of the group.

The group will be trained to perform operations and carry out missions with support weapons. Training will take place in the following order:

1- Forming guerilla units and assigning their roles
2- Planning different operations on all types of territory
3- How to react when confronted by the enemy during movement
4- The rules for conducting patrols
5- Operating in various locations: gathering, closest cover, and areas of coverage
6- Reconnaissance patrols
7- Combat patrols (ambushes and raids)
8- Methods used by guerrilla fighters against enemy forces
9- Methods used by enemy forces against the guerrilla fighters
10- Various combat missions needing to be done by guerrilla fighters

All members participate in parts of this training.

**Choosing a base for the guerrilla fighters (assembly and launching point):**
Under special circumstances it may be permitted for guerrilla fighters to have a stationary or forward operating base in areas where the enemy is present, since this will allow them to launch several missions before returning to the base. This mainly happens in mountain warfare, as the base provides protection for exiting and returning patrols and allows for the ability to evacuate the injured and captives from the back. It also helps secure the communication lines.

A chosen base of operations must be inaccessible and guarded. Movement and operations on the base must be limited to avoid detection and subsequent attack by the enemy.

Patrol bases are occupied by the guerrilla fighters for a short period of time. These bases are used to launch operations in the area. Combat bases are similar to patrol bases, with the exception that they are used by a group of Mujahidin. The base is used for various kinds of patrol missions.

**Base Location:**
The requirements for base locations are as follows:
1- The location should be the best possible location, ideal for completing critical missions

20

2- It should be in an area that can be defended long enough for the forces to be able to evacuate

3- The base must be located in an area far from roads and passes

4- The location must be suitable for communications

5- The base should be located near a water source

6- The base should be located in an area that affords natural protection and shields

### Base Security -- Necessary Security Precautions:

The guerrilla fighter base depends mainly on secrecy for its safety. The security plan must include the following:

1- Staying away from roads, populated areas, and patrols

2- Choosing only one exit and entry route from the base, which must be very well camouflaged and hidden

3- The location must be able to provide the Mujahidin protection from air strikes

4- The location must allow for a resilient security plan, which means the ability to protect the base from all sides; the ability to control the exits and all lines of fire must be taken into account so that the base will always be guarded.

### Surveillance and Protections of Area Surrounding Base:

1- A group will be sent out for a specified distance to survey the area and then return to base

2- The reconnaissance group will ensure that there are no civilians or enemies in the area, and will select important positions:

A- Ideal locations for surveillance and guard posts

B- Espionage posts

C- Escape routes

3- Meeting locations, surveillance and guard posts and escape routes are selected based on the recommendations of the reconnaissance group

### The Conditions for Choosing a Base:

1- Availability of potable water year round (wells, springs, creeks, rivers, rain water, etc.)

2- Knowledge of the local population: Bedouins, rural and urban populations, traveling gypsies, depending on the extent of the people's loyalty toward the enemy or the Mujahidin

3- The Enemy: Identifying the enemy:

- Who are they? Size, type, unit.

- Location? Where are they? What are they doing?

- Organization: what organization, and how is it structured?

- Size: How big are they in relation to our strength?

- Morale: how is the enemy morale? What is their experience and degree of training?

- Air strikes: will they be able to employ tactical air strikes? Will they use parachutes or military helicopters?

- Their composition: do their forces have tanks and light or mechanized infantry, or will they use support weapons?

Artillery: what kinds of artillery are used, how they are used, what are their type, size, and time needed to fire?

The following must be studied with respect to rugged areas:

A- **Prime location**: as the governing organizations will depend on one thing, which is a location that if seized or occupied will benefit one side over the other. Seizing a vital location is ideal for the

21

completion of missions and will ensure that it is kept out of the hands of the enemy. Examples are mountain peaks and gorges.

**B- Surveillance and Firing:**
Surveillance means to view and firing means to deliver a strike. Therefore, once you have chosen a specific location to assess, ask yourself, what can I see? What can I shoot from here? The answers will determine the locations to be used for surveillance, suitable locations for guard posts, as well as dead spots.
There is a very important correlation between these locations and the approach roads. If the approach road is in a blind spot, the offense will benefit. Should the approach road be in an open or susceptible to attacks from all angles, the defense will benefit. However, if the guard posts are unable to assist one another and provide support due to lack of surveillance and attack posts, then the offense will benefit.

**C- Barriers:** One must take into account all types of manmade and natural barriers such as sheep pastures, road barriers, mechanized unit barrier trenches,[1] and other tank barriers recently developed to thwart and destroy enemy forces. All barriers that will be used in the defense must be covered by fire. Natural barriers have a lesser effect on the infantry than on other forces.

**D- Concealment and Taking Cover:** maintaining low visibility is the only protection from enemy fire. Concealment provides the unit protection from enemy detection. One must take advantage of everything the terrain offers to hide and take cover, including such areas as caves and forested areas.

**E- Approach and Supply roads:** Approach and supply roads must be evaluated well with respect to their offensive and defensive features relative to the Mujahidin and the enemy. The focus must be on areas that allow for maneuvering, the number of positions that can be used against the enemy, and the obstacles which may provide hindrances and delays against the enemy so that our forces can defeat the enemy forces.

**F- Animals that can be used within the area:** horses, mules, camels and donkeys.

### Mountain war tactics

The tactics of guerrilla warfare have been broken down into two categories: attacks and ambushes. Each category has rules to be followed regardless of who launches the attack. We will further discuss some of the general factors that can have an effect on the tactics of guerilla fighters before moving on to discuss attacks and ambushes.

**Factors that can affect guerrilla tactics:**
-The tactical goal of the mission is resistance and survival to achieve victory. Therefore caution must be taken to avoid being surrounded by the enemy and fighters must flee the battle if it has been started by the enemy.
-Extreme caution as well as attempts to thwart the enemy must be applied during an attack, such as convincing the enemy that they are being attacked from the west while the actual attack is being launched from the east. The enemy will allocate its resources to confront one attack, while leaving it susceptible to attacks from the other flank.
-They must rely fully on stealth, dispersing and blending in with local inhabitants.

---

[1] The Arabic abbreviation "m/d" refers to obstacle ditches put in place to thwart the advance of mechanized units and armored personnel carriers. If the abbreviation "m/t" is used, it refers to anti-aircraft measures.

-Operational bases must be protected by natural elements and provided with strategic defense plans should the need arise. It would be preferable if the base were equipped with hidden tunnels to facilitate escapes by designating the points of defense and escape.

-No signs or evidence of the guerrilla fighters should be left behind during movements, rest stops, or burials of casualties.

-Small hidden bases should be established in the area of attack prior to launching any missions. These bases can be used to hide the injured members until they can be transported to safer locations.

-Weapons and rations can be stored in small hidden storage facilities known only to a limited number of fighters.

-Supplies needing storage are to be placed in insulated containers made of plastic, tin, or glass so that they are not susceptible to damage from water or moisture.

-The ability to maintain complete secrecy is imperative; movements, forward operating bases and of course the locations of headquarters should only be revealed to a few fighters.

-Repetitive, characteristic attacks should be avoided; attacks must instead be innovative and creative. Impulsive conduct is strictly prohibited in guerrilla warfare. Patience, diligence, speed, and preparation for surprise attacks are essential elements in guerrilla tactics.

-It is recommended that attacks be launched against the enemy while they are moving, thus making them easier to find.

-Attacks on secluded targets are of significant value and are recommended. Such attacks will hopefully force the enemy to scatter their forces and provide a relatively large amount of supplies and weapons.

-Documents and weapons of the guerrilla fighter casualties must be removed from their bodies, in order to keep the enemy from making use of them.

**Now to Raids and Ambushes:**

**1- Ambushes**: ambushing is a combat tactic known to guerrilla fighters and regular forces alike. It is a tactic used by many special force units in many organized armies to capture detainees, secure documents, thwart troop movements, and conduct assassinations. The fundamentals of an ambush are the same for guerrilla fighters as well as organized forces. However, an ambush by guerrilla fighters has its own distinguishing factors, mainly its reliance on the local population for hiding, providing alerts, escapes, weapons, storage of supplies, funds, moral support, and local intelligence information.

Definition of an ambush: the act of lying in wait in a well concealed position for the enemy to arrive, and thus gaining control over the enemy. The ambushers will then attack, aiming to annihilate the enemy, secure documents and prisoners of war, weapons and supplies, and to provoke and terrorize the enemy.

In order for an ambush to reach this level of success, guerrilla fighters have divided the ambush team into three groups: a reconnaissance group, an attack group, and a group to block and protect.

**Some examples of Ambush maneuvers:**

I- An ambush team is divided into four groups, each of which will take up a specific location in various geographical areas to wait for the enemy. Once the enemy arrives and is surrounded by these groups, one group will open fire at the enemy. If the enemy attacks, the group will retreat and another group will fire. The four groups will continue to alternate with attacks and retreats until the enemy's morale is destroyed and they are immobilized making them easy prey for an ambush. The time of day is not a factor in completing this mission. It can be executed during day or night. Distances must be kept lower if this mission is executed at night.

1124

001023

2- A team of ambushers are divided into two groups in an L-formation. The two groups must be prepared to ambush the enemy if the enemy enters the kill zone. However, the division of the battle zones must be taken into account.

There are many more examples in addition to these.

II- Raids: the technical difference between an ambush and a raid is that an ambush consists of lying in wait in a good position, whereas a raid is a planned and organized attack on a target selected with precision and care. In a raid, the attacking detachment advances under total concealment along the path of approach toward the previously selected target. The detachment must be skilled at infiltrating, approaching, concealment, and in exploiting natural conditions. This force will then attack the target in a manner commensurate with the intelligence information and according to the previously drafted plan. Naturally, the general objective of all raids is to harass, pressure, and intimidate the enemy. However, every raid also has its own specific objectives, some of which may include securing prisoners, documents, weapons and supplies, equipment, or even the destruction, bombing, or sabotaging of targets. It is worth mentioning that withdrawal after a road is considered one of the most critical phases of a raid, as the enemy will spare no effort to pursue the fighters if possible, leaving the raiding force without protection or back up fire protection (as the guerrillas usually have such luxuries). Therefore, guerrillas must compensate by using rough, rugged routes that have been designated for the plan and rigging these escape routes with small booby traps that will hinder the enemy's progress as they pursue the withdrawing forces.

In concluding this section on ambushes and raids, we will note that both may be conducted from mission support sites located among the enemy units. Similarly, they may be conducted through infiltration and dispersal behind enemy lines. Generally, all these rules apply to the tactics and organization of mountain forces. Delving into this matter in more detail will entail a longer discussion. Nonetheless, these are the most important points and issues relevant to this type of guerrilla forces. May God grace us with the knowledge and make this an argument in our favor and not against us on the Day of Judgment, and may God allow it to be a means of fighting, defeating, and vanquishing the infidels. For God is able to do all things and answer one's prayers.

**Covert Operations in Cities:**
Urban operations require small independent units whose number of members usually does not exceed four. They will be local residents of the city where they are operating, because local city residents know the way around the city and its geography. However, this circumstance is not absolute, since country folk relocating to large cities may be a common phenomenon. Urban dwellers must be able to maneuver easily within the city, as the city is full of spies, government officials, and wealthy residents, and also because the majority of the targets are located there. Cities usually represent a state's prestige. Covert operations units should not be deployed in cities before they receive the necessary training, identification documents, and before good hideout locations are found. Individual members must be well trained. Offices for forging documents must be established. This means that the organization's best educated, most sophisticated, and well-trained members should operate in the cities; this will make it easier for them to move and operate. Urban operations also require a great deal of financial support because of the

24

higher cost of living in cities compared to the mountains; cities burn through money. Even safe houses can be very expensive. If the house is located in a fashionable neighborhood, then an appropriate vehicle must also be purchased to blend in with the neighborhood's atmosphere.

Important Note: a critical mistake committed by most jihadist groups has been allowing one individual in the organization to know everything about the organization, including its most secret affairs. Alternatively, one may find that one of the operational groups is aware of all details for a specific plan or operation since they are the ones collecting the intelligence, planning, leading, and also executing the missions. However, the Mujahidin must instead benefit from the experience of their brethren and resume where they left off. The intelligence collector should not be made aware of the target by collecting intelligence about an individual or an establishment, nor should the intelligence collector be made aware of the plans, means of mission execution, or the means of transport to the location of the operation. Similarly, a logistician should not be told why certain explosives are being prepared or why specific weapons were collected.

**Formations inside Cities:**
More than one form of force structure can be used in a city. This includes force structures analogous to that of a pyramid and that of the center bead in a rosary. Any group must take action to set up an organizational structure chart that reflects the circumstances in which the group must operate. Matters such as these are usually settled by the leadership. These formations include:

1- The command group
2- Intelligence gathering group
3- Logistics group
4- Implementation group

These elements may also be called the command team, assault team, etc.

**The Field Command Element:**
This element consists of two or three individuals.
Its function is to supervise the work of the operations team and provide guidance and administrative services for the other three elements. The field command element usually takes its orders from upper level headquarters. This can be done through dead drops and any other means of indirect contact. A dead drop is defined by any means by which indirect communication is carried out. The commander in the field also sends instructions to other teams by using dead drops.

Individuals in the field command element must know thoroughly how to plan operations in cities. Therefore, they must be selected from among the best elements within the organization. Those who are

001025