# United States District Court

## EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

**DEFENDANT'S WITNESS LIST**

VS.

MOHAMED IBRAHIM AHMED

CASE NUMBER: 1:17-CR-151

| PRESIDING JUDGE | USA'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Marcia Crone | Chris Tortorice, Alicia Cook, Stephanie Sweeten | Pro Se (Advising: Geri Montalvo) |
| **Trial Date:** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 12/2/2019 – 12/12/2019 | Chris Bickham | Julia Colyer |

| NO. | | WITNESS |
|---|---|---|
| 1 | 12/9/2019 | Agent Tracy Masington, FBI |
| 2 | 12/9/2019 | George Gutierrez, San Antonio, Texas |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |