| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:17-CR-151
§ RECEIVED: **12/13/19**
MOHAMED IBRAHIM AHMED § U.S. DISTRICT COURT
EASTERN DISTRICT COURT
**VERDICT OF THE JURY** DAVID A. O'TOOLE, CLERK

As to the offense charged in Count One of the First Superseding Indictment, we, the Jury, find the defendant, Mohamed Ibrahim Ahmed

_(Guilty)_ _____
(Guilty)      (Not Guilty)

[handwritten: Guilty]

As to the offense charged in Count Two of the First Superseding Indictment, we, the Jury, find the defendant, Mohamed Ibrahim Ahmed

_____      _____
(Guilty)      (Not Guilty)

If you find the defendant guilty on Count Two, please answer "YES" or "NO" as to whether the jury unanimously finds that the government has proven beyond a reasonable doubt that the defendant made these false statements during an investigation involving international terrorism:

_____      _____
Yes      No

As to the offense charged in Count Three of the First Superseding Indictment, we, the Jury, find the defendant, Mohamed Ibrahim Ahmed

"Guilty"
(Guilty)            (Not Guilty)

If you find the defendant guilty on Count Three, please answer "YES" or "NO" as to whether the jury unanimously finds that the government has proven beyond a reasonable doubt that the defendant made these false statements during an investigation involving international terrorism:

                  No
Yes               No

As to the offense charged in Count Four of the First Superseding Indictment, we, the Jury, find the defendant, Mohamed Ibrahim Ahmed

                  "Not Guilty"
(Guilty)          (Not Guilty)

If you find the defendant guilty on Count Four, please answer "YES" or "NO" as to whether the jury unanimously finds that the government has proven beyond a reasonable doubt that the defendant made these false statements during an investigation involving international terrorism:

Yes               No

As to the offense charged in Count Five of the First Superseding Indictment, we, the Jury, find the defendant, Mohamed Ibrahim Ahmed

                  (Not Guilty)
(Guilty)          (Not Guilty)

## *****REDACTED****

_____     _____
Date                                           Foreperson's Initials