IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 1:17-CR-151 |
| | § | (Judge Crone) |
| MOHAMED IBRAHIM AHMED | § | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TRANSFER

TO THE HONORABLE JUDGE OF SAID COURT:

The December 19, 2019, the defendant filed a motion requesting transfer to FDC Houston while he is awaiting sentencing. The government does not oppose the defendant's motion.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ Christopher Tortorice*
CHRISTOPHER TORTORICE
Assistant U.S. Attorney
350 Magnolia Ave., Ste. 150
Beaumont, Texas 77701-2248
409-839-2538 Phone
Texas Bar 24048912
Chris.Tortorice@usdoj.gov

CERTIFICATE OF SERVICE/CONFERENCE

I hereby certify that a copy of this motion will be faxed to the defendant where he is currently incarcerated.

*/s/ Christopher Tortorice*
CHRISTOPHER TORTORICE
Assistant U.S. Attorney