IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>(Plaintiff) | )<br>)<br>) | CRIMINAL NO. 1.17-CR-151 |
| v. | )<br>) | |
| MOHAMED IBRAHIM AHMED<br>(Defendant) | )<br>) | |

## NOTICE OF OBJECTION

TO THE HONORABLE JUDGE OF SAID COURT AND COURT REPORTER:

HERE COMES, MOHAMED IBRAHIM AHMED, the defendant and movant on pro se, hereby files this objection which states as follows:

1. That I object to the Government request to redact the testimony of George Gutierrez as to Mohamed Ibrahim Ahmed held on 12-9-2019 before Judge Crone. This Document and every document is very fundamental to this matter and any act to remove or redact would be noted and construed as fraud.

2. That I also object to replacing evidence when trial has been concluded. This is also an act of fraud and it would be debated in the court of Appeals.

EXECUTED ON ___01___ Day, March 2020

Respectfully Submitted

*/s/ Mohamed*
Mohamed Ibrahim Ahmed

MOHAMED AHMED #91506-054
FEDERAL DETENTION CENTER HOUSTON
PO BOX 526255
HOUSTON, TEXAS 77052



CLERK, U.S. DISTRICT COURT
RECEIVED

MAR - 4 2020

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF BEAUMONT
UNITED STATES COURT HOUSE
300 WILLOW STREET TEXAS 77701