IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:17-CR-00151 |
| | § | (Judge Marcia Crone) |
| MOHAMED IBRAHIM AHMED | § | |
| a.k.a. "Talha", "Mohammed El Eritri", | § | |
| "Abu Zakaria" | § | |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction will be submitted to the court

reporter within 21 days from the filing of the transcript with the Clerk of Court. The

proceedings occurred on 12/03/2019 and 12/04/2019 and were reported by Christina

Bickham, the court reporter.

Dated: April 9, 2020

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY


CHRISTOPHER RAPP
Assistant United States Attorney
Eastern District of Texas

*/s/*
ALICIA H COOK
STEPHANIE SWEETEN
Trial Attorneys
Counterterrorism Section
National Security Division
Department of Justice

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2020, a true and correct copy of the foregoing instrument was sent to the defendant and the court reporter.

/s/ ALICIA H COOK