**EXHIBIT E**

```
00001:01  CS: [Laughs] [FL]
      02  MA: [FL]
      03  CS: Its like you creep up on the kuffar [PH].
      04  MA: [Laughs]
      05  CS: I didn't know you was right there.
      06  MA: How you doin?
      07  CS: [UI]. Just woke up, just got off the bed.
      08  MA: Yeah?
      09  CS: Just woke up.
      10  MA: Masha Allah [PH].
      11  CS: Masha Allah [PH].
      12  MA: I go in the morning, outside.
      13  CS: Oh did you?
      14  MA: I just read Qur'an [UI].
      15  CS: See, you could've told -- should've told you brought
      16  the book out.
      17  MA: I never go out in the morning.
      18  CS: Yeah you sure don't. You don't never go out in the
      19  morning.
      20  MA: [UI]
      21  CS: Yeah, well do it. We go out, well -- yeah, we got you.
      22  I started at-Tawba [PH] last night too.
      23  MA: Uh-huh.
      24  CS: So, uh [UI].
      25  MA: Huh?
```

```
00002:01  CS: I started at-Tawba [PH] last night.
      02  MA: Yeah?
      03  CS: You know, Surah 9 [PH]
      04  MA: Surah, Y-Y-You start?
      05  CS: Yeah.
      06  MA: [Laughs]
      07  CS: Yeah. ShaAllah [PH].
      08  MA: Yeah, yeah.
      09  CS: Yeah, the most [UI] are hypocrites.  Yeah.
      10  MA: Yeah, the hypocrites. But lit [PH] translating, the
      11      good translate, that -- the wha -- wor -- by word is not [UI]
      12      need to give you the Kathir [PH] translation.
      13  CS: I need a Kat [PH] -- I need -- I need the Kat
      14  MA: We -- we can go through.
      15  CS: We can go -- you mean at-Tawba [PH]?
      16  MA: I -- I can tell you what this Surah [PH] will -- will do.
      17  CS: Yeah, that's what I want.
      18  MA: Yeah, yeah.
      19  CS: Because Americans, they can't --
      20  MA: They -- they --
      21  CS: They don't know.
      22  MA: Yes, they -- they -- they don't explanation, then.
      23  CS: Right. Cause there's something about that Surah
      24      [PH] right there.
      25  MA: Yes.
```

```
00003:01  CS: There's something about that Surah [PH]. That's the
     02  only one we gonna give mercy.
     03  MA: Yeah, you see. Still full month, from that time until
     04  now.
     05  CS: Mm-hm.
     06  MA: As long as it's not too easy. Yeah, none of these
     07  [UI]. There's no protection.
     08  CS: Right.
     09  MA: Yeah, wherever you find it -- you read it? Wherever
     10  you found it.
     11  CS: Wherever you found it?
     12  MA: Kill them.
     13  CS: Kill them.
     14  MA: That's why in the video --
     15  CS: [FL] Allah [PH].
     16  MA: Yeah.
     17  CS: Yeah.
     18  MA: Only if they have protection. They -- They -- They use
     19  it, or you have to make [UI] otherwise there's no
     20  protection. Wherever they are, they take away [UI].
     21  CS: Wherever they are.
     22  MA: [UI] them with. Wherever they are.
     23  CS: That's why the brothers is --
     24  MA: Yeah, yeah, wherever they are.
     25  CS: Wherever they at.
```

```
00004:01  MA: Yeah, they kill kids, we gonna kill kids.
      02  CS: Kids die too.
      03  MA: [UI] yeah you gonna kill our kids, we will, you will
      04      get the same of you.
      05  CS: Right, yeah, yeah, you ain't playin'.
      06  MA: [UI] Because [UI] your kids, and you just let it go,
      07      you cause them to do more.
      08  CS: Right.
      09  MA: So we have to rid them the same.
      10  CS: Right.
      11  MA: And they will think twice before they do.
      12  CS: So that's what -- that's -- that's attack the kids.
      13  MA: Yeah, yeah.  Yeah they --
      14  CS: That's what the brothers is not doing right now.
      15  MA: Yeah. We should do that.
      16  CS: Man.
      17  MA: [UI] never know he was Muslim.
      18  CS: [Laughs] Aq [PH].
      19  MA: [UI] cover up the [UI] say, You Muslim?, Yeah,
      20      I'm a Muslim. Yeah, it was hard because he [UI], he know
      21      that he gamble.
      22  CS: [UI]
      23  MA: He drink alcohol. You know?
      24  CS: [UI]. See when you told me, that's how the brothers
      25      in Orlando was so successful.
```