IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v.  § § | No. 1:17-CR-00151 (Judge Marcia Crone) |
| MOHAMED IBRAHIM AHMED § a.k.a. "Talha", "Mohammed El Eritri", § "Abu Zakaria" § | |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceedings occurred on 12/02/2019, 12/03/2019, 12/04/2019, 12/05/2019, 12/06/2019, 12/09/2019, 12/10/2019, 12/11/2019, 12/12/2019, 12/13/2019, and 10/19/20 and were reported by Christina Bickham, the court reporter.

Dated: February 18, 2021

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

CHRISTOPHER RAPP
Assistant United States Attorney
Eastern District of Texas

/s/
ALICIA H COOK
STEPHANIE SWEETEN
Trial Attorneys
Counterterrorism Section
National Security Division
Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2021, I served a true and correct copy of this document on Defendant's counsel of record by means of the Court's CM-ECF system, and separately provided a copy to the court reporter by .pdf attachment to email.

*/s/* ALICIA H COOK