# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 17, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-40713   USA v. Ahmed
                    USDC No. 1:17-CR-151-1

The court has considered the motion of United States of America to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America may obtain all ex parte documents *filed on behalf of* United States of America, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Shawn D. Henderson, Deputy Clerk
                                  504-310-7668

Mr. Denton Bryan Lessman
Mr. David O'Toole
Mr. Stephan Edward Oestreicher Jr.
Mr. Christopher Rapp
Mr. Bradley Elliot Visosky